**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Delani Construction LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number: | **26-01384** |

☐ Check if this is an amended filing

Official Form 425C

**Monthly Operating Report for Small Business Under Chapter 11**                          **12/17**

| | | | |
|---|---|---|---|
| Month: | **1-27-26-1-31-26** | Date report filed: | **03/21/26** MM/DD/YYYY |
| Line of business: | **Builder** | NAISC code: | **1521** |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

| | |
|---|---|
| Responsible party: | **Loren Flowers, Managing Member** |
| Original signature of responsible party | **/s/Loren Flowers** |
| Printed name of responsible party | **Loren Flowers** |

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ✔ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ✔ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ✔ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ✔ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ✔ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ✔ |
| 7. | Have you timely filed all other required government filings? | ✔ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ✔ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ✔ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ✔ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ✔ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ✔ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ✔ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ✔ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ✔ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ✔ | ☐ |
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ✔ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ✔ | ☐ |

### 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**                                            $ **1,212.35**
This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

| Debtor Name | **Delani Construction LLC** | Case number | **26-01384** |
|---|---|---|---|

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.   $ __80,379.65__

21. **Total cash disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.   – $ __15.00__

22. **Net case flow**   + $ __80,364.65__
Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.   = $ __81,577.00__

Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

### 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ __0.00__
    *(Exhibit E)*

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ __0.00__
    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?   $ __0__

27. What is the number of employees as of the date of this monthly report?   $ __0__

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ __0__

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ __0__

Debtor Name **Delani Construction LLC**                    Case number **26-01384**

30. How much have you paid this month in other professional fees?                    $ __0__

31. How much have you paid in total other professional fees since filing the case?   $ __0__

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** − | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0 − | $ 80,379.65 | $ 80,379.65 |
| 33. **Cash disbursements** | $ 0 − | $ 15.00 | $ 15.00 |
| 34. **Net cash flow** | $ 0 − | $ 80,364.65 | $ 80,364.65 |

35. Total projected cash receipts for the next month:                $ __125,000.00__

36. Total projected cash disbursements for the next month:          − $ __120,000.00__

37. Total projected net cash flow for the next month:               = $ __5,000.00__

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Business Checking

PNC Bank

**PNC BANK**

PO Box 609
Pittsburgh, PA  15230-9738

**For the Period 01/01/2026 to 01/30/2026**

Primary Account Number: XX-XXXX-9497

Page 1 of 5

Number of enclosures: 0

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION
26036 S COUNTYFAIR DR
MONEE IL 60449-8782

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week.  Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-287-2654

PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-877-287-2654

**Moving?**  Please contact your local branch

PO Box 609
Pittsburgh, PA  15230-9738

Visit us at PNC.com/smallbusiness

---

## Business Checking Summary

Account number:  XX-XXXX-9497

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

---

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 68,626.02 | 25,286.87 | 83,277.18 | 10,635.71 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 27,715.43 | 27,715.43 |

---

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 3 | 15,300.00 |
| ATM Deposits and Additions | 2 | 70.22 |
| ACH Additions | 1 | 9,238.00 |
| Fee Refunds | 1 | 1.65 |
| Other Additions | 1 | 677.00 |
| Total | 8 | 25,286.87 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 18 | 31,510.70 |
| Debit Card Purchases | 27 | 7,535.52 |
| POS Purchases | 8 | 3,338.15 |
| ATM/Misc. Debit Card Transactions | 1 | 125.00 |
| ACH Deductions | 21 | 39,575.61 |
| Service Charges and Fees | 5 | 192.20 |
| Other Deductions | 1 | 1,000.00 |
| Total | 81 | 83,277.18 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/01 | 68,626.02 | 01/12 | 40,102.79 | 01/22 | 886.31 |
| 01/02 | 65,396.78 | 01/13 | 24,693.52 | 01/23 | 3,949.29 |
| 01/05 | 62,221.23 | 01/14 | 16,193.52 | 01/26 | 10,815.31 |
| 01/06 | 60,385.03 | 01/15 | 15,854.77 | 01/27 | 756.06 |
| 01/07 | 58,328.67 | 01/16 | 8,482.95 | 01/28 | 10,676.49 |
| 01/08 | 57,062.71 | 01/20 | 5,877.14 | 01/29 | 10,670.39 |
| 01/09 | 44,574.87 | 01/21 | 1,409.56 | 01/30 | 10,635.71 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 01/01/2026 to 01/30/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497
Page 2 of 5

Business Checking Account Number: XX-XXXX-9497 - continued

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/05 | 300.00 | Zel From 25630 Monet Llc . | HNA007DP0QV3 |
| 01/23 | 5,000.00 | Deposit | 038921329 |
| 01/26 | 10,000.00 | Deposit | 032544009 |

#### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/28 | 5.43 | Debit Card Credit Winsupply Of Mokena Il Mokena Il | 13200910048614160028 |
| 01/29 | 64.79 | Debit Card Credit Amazon Mktplace Pmts Amzn.com/bi Wa | 13515910048614160029 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/28 | 9,238.00 | Corporate ACH Reversal Modestas Law Off 000000007545670 | 00026028905351276 |

#### Fee Refunds

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/12 | 1.65 | PNC Purchase Payback Award Effective  01-11-26 | |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/28 | 677.00 | Refer To Maker Of Ck  Return Ck 000000000001058 Effective  01-27-26 | 010698383 |

## Checks and Other Deductions

### Checks and Substitute Checks     * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/05 | 1043 * | 562.60 | 011039501 | 01/16 | 1049 | 6,800.00 | 017214659 | 01/20 | 1055 | 550.00 | 034683507 |
| 01/05 | 1044 | 714.30 | 010981618 | 01/09 | 1050 | 2,000.00 | 013626447 | 01/26 | 1056 | 2,000.00 | 010583695 |
| 01/05 | 1045 | 712.20 | 011039497 | 01/13 | 1051 | 10,000.00 | 015421788 | 01/27 | 1058 * | 677.00 | 010698383 |
| 01/12 | 1046 | 562.20 | 014903021 | 01/21 | 1052 | 666.80 | 019030238 | 01/23 | 1059 | 981.90 | 009784795 |
| 01/12 | 1047 | 714.60 | 014850262 | 01/21 | 1053 | 891.60 | 019030226 | 01/26 | 1060 | 934.80 | 010141850 |
| 01/12 | 1048 | 698.40 | 014903012 | 01/21 | 1054 | 1,245.90 | 018856196 | 01/23 | 1061 | 798.40 | 030987834 |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 79.00 | 4160 Debit Card Purchase Spirit Airl 4870454167 Miramar Fl | 50840910048614160001 |
| 01/02 | 930.00 | 4160 Debit Card Purchase Mousai Hotel Cun Ti Isla Mujere Mx | 50841910048614160001 |
| 01/02 | 1,722.00 | 4160 Debit Card Purchase Mousai Hotel Cun Ti Isla Mujere Mx | 50843910048614160001 |
| 01/05 | 79.00 | 4160 Debit Card Purchase Spirit Airl 4870454311 800-7727117 Fl | 61401910048614160004 |
| 01/05 | 79.00 | 4160 Debit Card Purchase Spirit Airl 4870454380 Miramar Fl | 61402910048614160004 |

Debit Card Purchases continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 01/01/2026 to 01/30/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497
Page 3 of 5

Business Checking Account Number: XX-XXXX-9497 - continued

## Debit Card Purchases  ▯- continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/05 | 5.29 | 4160 Debit Card Purchase Asur C Conv Shop 7 Benito Juar Mx | 61398910048614160004 |
| 01/05 | 16.10 | 4160 Debit Card Purchase Asur C Conv Shop 7 Benito Juar Mx | 61396910048614160004 |
| 01/05 | 172.00 | 4160 Debit Card Purchase Lot A Pay On Foot Chicago Il | 61400910048614160004 |
| 01/06 | 677.20 | 4160 Debit Card Purchase Winsupply Of Mokena Il Mokena Il | 35007910048614160006 |
| 01/08 | 600.00 | 4160 Debit Card Purchase Sq *Smierciak Consulti gosq.com In | 01231910048614160008 |
| 01/12 | 20.00 | 4160 Debit Card Purchase Park Chicago Mobile 877-2427901 Il | 61901910048614160011 |
| 01/12 | 793.76 | 4160 Debit Card Purchase Dicks Sporting Goods Tinley Park Il | 18776910048614160012 |
| 01/13 | 162.00 | 4160 Debit Card Purchase Dicks Sporting Goods Tinley Park Il | 79555910048614160013 |
| 01/13 | 69.11 | 4160 Debit Card Purchase Amazon Mktpl*W10Dy9463 Amzn.com/bi Wa | 79556910048614160013 |
| 01/16 | 8.62 | 4160 Debit Card Purchase Amazon Mktpl*6I4875663 Amzn.com/bi Wa | 92629910048614160016 |
| 01/21 | 1,598.49 | 4160 Debit Card Purchase Sherwin-Williams703443 170-8748968 Il | 97230910048614160021 |
| 01/21 | 64.79 | 4160 Debit Card Purchase Amazon Mktpl*Pv7G69Gc3 Amzn.com/bi Wa | 97229910048614160021 |
| 01/22 | 10.16 | 4160 Debit Card Purchase Amazon Mktpl*Wb66A5523 Amzn.com/bi Wa | 85519910048614160022 |
| 01/26 | 72.01 | 4160 Debit Card Purchase Winsupply Of Mokena Il Mokena Il | 56175910048614160025 |
| 01/26 | 92.64 | 4160 Debit Card Purchase Menards Matteson Il Matteson Il | 61377910048614160026 |
| 01/26 | 34.53 | 4160 Debit Card Purchase Menards Matteson Il Matteson Il | 61378910048614160026 |
| 01/27 | 133.59 | 4160 Debit Card Purchase Filini Restaurant Chicago Il | 02450910048614160027 |
| 01/27 | 10.66 | 4160 Debit Card Purchase McDonald's F23475 Frankfort Il | 02449910048614160027 |
| 01/29 | 61.18 | 4160 Debit Card Purchase Menards Matteson Il Matteson Il | 13198910048614160028 |
| 01/29 | 9.71 | 4160 Debit Card Purchase Amazon Mktpl*174I33Z63 Amzn.com/bi Wa | 13199910048614160028 |
| 01/30 | 18.54 | 4160 Debit Card Purchase Menards Matteson Il Matteson Il | 13514910048614160029 |
| 01/30 | 16.14 | 4160 Debit Card Purchase Menards Matteson Il Matteson Il | 13513910048614160029 |

# Business Checking

For 24-hour account information, sign-on to

pnc.com/mybusiness/

**For the Period 01/01/2026 to 01/30/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497
Page 4 of 5

Business Checking Account Number: XX-XXXX-9497 - continued

## POS Purchases

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 01/05 | 9.42 | POS Purchase The Home Depot Orland Park | POS06165268 | 6014184 |
| 01/08 | 665.96 | POS Purchase Aline Internat Mokena Il | POS09561146 | 1781978 |
| 01/09 | 130.03 | POS Purchase Aline Internat Mokena Il | POS09561146 | 1997807 |
| 01/12 | 712.78 | POS Purchase Best Buy Tinley Park | POS06579313 | 5986890 |
| 01/12 | 971.99 | POS Purchase Best Buy Tinley Park | POS06579313 | 5986891 |
| 01/13 | 178.16 | POS Purchase Homegoods #050 Tinley Park | POS07560002 | 1710938 |
| 01/22 | 513.09 | POS Purchase Mnrd-Matteson Matteson Il | POS99999999 | 1953989 |
| 01/23 | 156.72 | POS Purchase Mnrd-Matteson Matteson Il | POS99999999 | 2423390 |

## ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 01/05 | 125.00 | N0104 4160 Payment Village Of 4900 Village Il | POS001 | 6014183 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 306.68 | ACH Web Billpay Comed Payment Comed Payment | 00026002907786492 |
| 01/05 | 1,000.00 | Corporate ACH Online Pmt Capital One Ca0F72330Cbbf8F | 00026005905681132 |
| 01/06 | 1,095.00 | ACH Web Web Pymt Cardmember Serv ***********5353 | 00026006902191577 |
| 01/06 | 44.00 | Corporate ACH Tsheets Intuit * 2374306 | 00026005907859326 |
| 01/06 | 20.00 | Zelle To  Francisco Amores | PNCAA0XCF11m |
| 01/07 | 1,194.46 | Corporate ACH Hrdwresply Wnsply Mokena Il 2672812 | 00026006902964406 |
| 01/07 | 706.37 | ACH Web 9209093 Service Sanitati 800-909-5646 | 00026007908046789 |
| 01/07 | 155.53 | ACH Web 9166379 Service Sanitati 800-909-5646 | 00026007908047134 |
| 01/09 | 7,500.00 | ACH Debit J2762 Rcur Schillings Cz10000Mm12BC | 00026008904268473 |
| 01/09 | 150.00 | Zel To Juan Mcghee | PNCAA0XEY96Y |
| 01/09 | 250.00 | Zel To Desiree Burnett | PNCAA0XFA58k |
| 01/09 | 2,457.81 | ACH Debit Mtgpayment Flanagan State B XXXXXX2671 | 00026009906589166 |
| 01/13 | 5,000.00 | ACH Debit J2766 Rcur Schillings Cz10000Mqdyxc | 00026012914362938 |
| 01/14 | 7,500.00 | ACH Debit J2767 Rcur Schillings Cz10000Mrgm0C | 00026013908846721 |
| 01/15 | 309.75 | ACH Web-Recur Pcs Svc T-Mobile 5493458 | 00026014913933638 |
| 01/15 | 29.00 | ACH Web Payment Best Buy 631908907560311 | 00026014913789488 |
| 01/16 | 563.20 | Corporate ACH Fleet Debi Wex Inc 9100007018569 | 00026015905500594 |
| 01/20 | 1,000.00 | Corporate ACH Online Pmt Capital One Ca0E9Ea305Ba70C | 00026020906502673 |
| 01/20 | 768.81 | ACH Web Fordcredit Ford Motor CR 1031390 | 00026016913253219 |
| 01/20 | 287.00 | ACH Web E-Payment Discover 1118 | 00026020905263838 |
| 01/27 | 9,238.00 | Corporate ACH Echeck Modestas Law Off 000000007545670 | 00026026910225772 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | | | Reference number |
|---|---|---|---|---|---|
| 01/02 | 27.90 | Intl Purch & Adv Fee  Vis 1230 | Mx | | 50842910048614160001 |
| 01/02 | 51.66 | Intl Purch & Adv Fee  Vis 1230 | Mx | | 50844910048614160001 |

Service Charges and Fees continued on next page

# Business Checking

🖥 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 01/01/2026 to 01/30/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497
Page 5 of 5

Business Checking Account Number: XX-XXXX-9497 - continued

## Service Charges and Fees   ▯- continued

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 01/02 | 112.00 | Service Charge Period Ending 12/31/2025 | | |
| 01/05 | .16 | Intl Purch & Adv Fee  Vis 0102 | Mx | 61399910048614160004 |
| 01/05 | .48 | Intl Purch & Adv Fee  Vis 0102 | Mx | 61397910048614160004 |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/14 | 1,000.00 | Online Transfer To XXXXX8465 | 00039906 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 02/02/2026 and will appear on your next statement as a single line item entitled Service Charge Period Ending 01/30/2026.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 36 | .00 | Included in Account |
| ACH Debits | 17 | .00 | |
| Checks Paid | 17 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Monthly Cash Deposit Volume | 50 | .00 | Included in Account |
| Monthly Cash Deposit Volume | 100 | 30.00 | |
| Funds Transfer Services | | 73.00 | |
| Incoming Wire Transfer | 2 | 30.00 | |
| Wire Transfer Repair | 1 | 18.00 | |
| Self Service Wire Out-Dom | 1 | 25.00 | |
| Total For Services Used This Period | | 103.00 | |
| Total Service Charge | | 103.00 | |

Member FDIC                    🏠 Equal Housing Lender

**BMO**

P.O. BOX 94033, PALATINE, IL  60094-4033
**Return Service Requested**

How to reach us

**bmo.com/contact**
888-340-2265

  

DELANI CONSTRUCTION LLC
26036 S COUNTYFAIR DR
MONEE IL  60449

Date
January 01, 2026 through
January 31, 2026
Primary Account Number
████████5393

THE FOLLOWING CHANGES ARE EFFECTIVE 2/9/2026: IF YOUR DEPOSIT PRODUCT HAS A NON-BMO ATM TRANSACTION FEE, THIS FEE WILL BE CHARGED FOR WITHDRAWALS AND TRANSFERS AT ALLPOINT PARTICIPATING ATMS OUTSIDE THE UNITED STATES. ALL OTHER TERMS REGARDING THIS FEE REMAIN UNCHANGED.

IF YOUR DEPOSIT PRODUCT HAS AN OVERDRAFT FEE, IT WILL INCREASE FROM $15 TO $20. THE FEE WILL NOT BE CHARGED IF YOUR ACCOUNT IS OVERDRAWN $20 OR LESS (CURRENTLY $50 OR LESS) AT THE CLOSE OF THE BUSINESS DAY THE ITEM IS PRESENTED FOR PAYMENT OR THE CLOSE OF THE FIRST BUSINESS DAY AFTER THE ITEM IS PRESENTED FOR PAYMENT. TIPS TO AVOID OVERDRAFT FEES: SET UP OVERDRAFT PROTECTION FROM A LINKED BMO ACCOUNT OR APPLY FOR A LINE OF CREDIT. USE BMO DIGITAL BANKING TO CHECK YOUR BALANCE AND SET UP ALERTS.

THE DEPOSIT ACCOUNT AGREEMENT AND BMO BUSINESS SERVICE FEE SCHEDULE WILL BE UPDATED ACCORDINGLY. YOUR CONTINUED USE OF THIS ACCOUNT AS OF 2/9/2026 CONFIRMS YOUR AGREEMENT TO THESE CHANGES.

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC EQUAL HOUSING LENDER. NMLS 401052 VISIT US ONLINE AT WWW.BMO.COM

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF JANUARY 31, 2026) |
|---|---|---|
| BMO PREMIUM BUSINESS CKG | ████5393 | $70,941.29 |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

**CONTINUED ON NEXT PAGE**


NMLS 401052



**bmo.com/contact**
888-340-2265

## Account Summary - BMO PREMIUM BUSINESS CKG #████5393

| BEGINNING BALANCE AS OF DECEMBER 31, 2025 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF JANUARY 31, 2026 |
|---|---|---|---|---|---|---|
| $456.29 | 1 | $70,500.00 | 0 | $0.00 | $15.00 | $70,941.29 |

### • Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$456.29** |
| Jan 26 | INCOMING WIRE | | $70,500.00 | $70,956.29 |
| | FED WIRE TRANSFER CREDIT 2601267WIRE-IN | | | |
| Jan 30 | SERVICE CHARGE | ($15.00) | | $70,941.29 |
| | **ENDING BALANCE** | | | **$70,941.29** |

## Account Summary - BMO PREMIUM BUSINESS CKG #████5393

| AVERAGE LEDGER BALANCE | AVERAGE FLOAT | AVERAGE COLLECTED BALANCE |
|---|---|---|
| $14,101.45 | $0.00 | $14,101.45 |

### • Service Charge Summary

| Description | Volume | Units | Amount |
|---|---|---|---|
| Maintenance Fee | | | $0.00 |
| Checks Paid | 0 | $0.00 | $0.00 |
| Checks Deposited | 0 | $0.00 | $0.00 |
| Deposits | 0 | $0.00 | $0.00 |
| ACH Credits | 0 | $0.00 | $0.00 |
| ACH Debits | 0 | $0.00 | $0.00 |
| Domestic Wire In | 1 | $15.00 | $15.00 |
| Total Transactions | 0 | | |
| Excessive Transactions > 200 | | | |
| Excessive Transaction Fee | 0 | $0.40 | $0.00 |
| Total Service Charges | | | $15.00 |

**BMO**

**bmo.com/contact**
888-340-2265

## Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).

2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

*These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**
We may report information about your account to the credit bureaus. If you think we've reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you're the borrower submitting this dispute.

Date: 05/2025