**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Delani Construction LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number: | **26-01384** |

☐ Check if this is an amended filing

Official Form 425C

**Monthly Operating Report for Small Business Under Chapter 11**      **12/17**

| | | | |
|---|---|---|---|
| Month: | **March 2026** | Date report filed: | **04/21/26** |
| | | | MM/DD/YYYY |
| Line of business: | **Builder** | NAISC code: | **1521** |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

| | |
|---|---|
| Responsible party: | **Loren Flowers, Managing Member** |
| Original signature of responsible party | **/s/Loren Flowers** |
| Printed name of responsible party | **Loren Flowers** |

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | Yes | No | N/A |
|---|:---:|:---:|:---:|
| 1. Did the business operate during the entire reporting period? | ✔ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ✔ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ✔ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ✔ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ✔ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ✔ |
| 7. Have you timely filed all other required government filings? | ✔ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ✔ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ✔ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | Yes | No | N/A |
|---|:---:|:---:|:---:|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ✔ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ✔ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ✔ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ✔ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ✔ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ✔ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ✔ | ☐ |
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ✔ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ✔ | ☐ |

### 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**      $ **1,444.44**
    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Software Copyright (c) 1996-2025 Best Case, LLC. - www.bestcase.com

| Debtor Name | **Delani Construction LLC** | Case number | **26-01384** |

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                                         $ __179,199.46__

21.   **Total cash disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstandingchecks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                                         - $ __159,722.66__

22.   **Net case flow**                                                                            +$ __19,476.80__
Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23.   **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                                  = $ __20,921.24__

Report this figure as *the cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.   **Total payables**                                                                          $ __0.00__
      *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.   **Total receivables**                                                                       $ __0.00__
      *(Exhibit F)*

## 5. Employees

26.   What was the number of employees when the case was filed?                     $ __0__

27.   What is the number of employees as of the date of this monthly report?        $ __0__

## 6. Professional Fees

28.   How much have you paid this month in professional fees related to this bankruptcy case?        $ __0__

29.   How much have you paid in professional fees related to this bankruptcy case since the case was filed?        $ __0__

Debtor
Name   **Delani Construction LLC**                                    Case number   **26-01384**

30.  How much have you paid this month in other professional fees?                        $ ___0___

31.  How much have you paid in total other professional fees since filing the case?       $ ___0___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $  125,000.00 | - $ | 179,199.46 | = $ | 54,199.46 |
| 33. **Cash disbursements** | $  120,000.00 | - $ | 159,722.66 | $ | 39,722.66 |
| 34. **Net cash flow** | $  5,000.00 | - $ | 19,476.80 | $ | 14,476.80 |

35.  Total projected cash receipts for the next month:                             $ __125,000.00__

36.  Total projected cash disbursements for the next month:                      - $ __120,000.00__

37.  Total projected net cash flow for the next month:                           = $ __5,000.00__

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

[✓] 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).
    Debtor has opened additional DIP Accounts for each project to improve bookkeeping
[ ] 39.  Bank reconciliation reports for each account.

[ ] 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

[ ] 41.  Budget, projection, or forecast reports.
[ ] 42.  Project, job costing, or work-in-progress reports.

# Business Checking

PNC Bank



**PNC BANK**

PO Box 609
Pittsburgh, PA  15230-9738

**For the Period 02/28/2026 to 03/31/2026**

Primary Account Number: XX-XXXX-9497

Page 1 of 5

Number of enclosures: 0

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION
26036 S COUNTYFAIR DR
MONEE IL 60449-8782

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week.  Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-287-2654
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-287-2654

**Moving?**  Please contact your local branch

PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/smallbusiness

---

IMPORTANT ACCOUNT INFORMATION

Effective April 1, 2026, charges for Pay Receive Sync will change. The impact of these fee changes will depend on the mix of Pay Receive Sync services you use at PNC. Current service charges are listed on your monthly statement, if applicable. Depending on your account type, some fees may be billed one month in arrears.

The updated fees are as follows:

>Pay: Increasing from $20.00 to $25.00
>Receive: Increasing from $20.00 to $25.00
>Sync: Increasing from $10.00 to $15.00

We would be happy to review the changes that are applicable to your account and discuss other options that may address the evolving needs of your business. If you are interested in a review of your account or service fees, please contact your relationship manager.

## Business Checking Summary

Account number:   XX-XXXX-9497

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 1,432.26 | 179,199.46 | 159,722.06 | 20,909.66 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 51,113.58 | 51,113.58 |

---

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 1,200.00 |
| ATM Deposits and Additions | 1 | 29.27 |
| ACH Additions | 1 | 970.00 |
| Other Additions | 5 | 177,000.19 |
| Total | 8 | 179,199.46 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 23 | 57,705.14 |
| Debit Card Purchases | 27 | 28,183.32 |
| POS Purchases | 9 | 1,497.22 |
| ACH Deductions | 21 | 7,878.18 |
| Service Charges and Fees | 1 | 58.20 |
| Other Deductions | 7 | 64,400.00 |
| Total | 88 | 159,722.06 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 02/28/2026 to 03/31/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497
Page 2 of 5

Business Checking Account Number: XX-XXXX-9497 - continued

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/28 | 1,432.26 | 03/11 | 98,378.38 | 03/23 | 103,818.06 |
| 03/02 | 572.76 | 03/12 | 93,924.52 | 03/24 | 102,744.86 |
| 03/03 | 161.76 | 03/13 | 75,955.39 | 03/25 | 91,958.56 |
| 03/04 | 5.34 | 03/16 | 68,334.17 | 03/26 | 82,084.49 |
| 03/05 | 905.33 | 03/17 | 60,716.81 | 03/27 | 77,873.68 |
| 03/06 | 5,741.13 | 03/18 | 60,602.54 | 03/30 | 21,615.66 |
| 03/09 | 3,458.31 | 03/19 | 58,724.54 | 03/31 | 20,909.66 |
| 03/10 | 114,983.51 | 03/20 | 56,720.14 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/02 | 1,200.00 | Deposit | 033094026 |

#### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/30 | 29.27 | Debit Card Credit U-Haul Park Forest Park Forest Il | 33496910048614160088 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/05 | 970.00 | ACH Credit Transfer Paypal XXXXXXXXX7699 | 00026063908438269 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/06 | 5,000.00 | Domestic Incoming Wire Qa36C5046Mou3Dm9 | WQA36C5046MOU3DM9 |
| 03/10 | 122,500.00 | Domestic Incoming Wire 263Ah17377124E60 | W263AH17377124E60 |
| 03/23 | 49,500.00 | Domestic Incoming Wire 263Ng3156Ekf4Fdf | W263NG3156EKF4FDF |
| 03/27 | .12 | Instpmntin Paypal        03/27 12571 | QA3RA1501CHA2MEM |
| 03/27 | .07 | Instpmntin Paypal        03/27 05934 | QA3RA1501FBF375X |

### Checks and Other Deductions

#### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/03 | 1079 * | 411.00 | 017726193 | 03/31 | 1087 | 607.00 | 010307146 | 03/20 | 1095 | 1,004.40 | 016408423 |
| 03/02 | 1080 | 1,109.70 | 017353351 | 03/17 | 1088 | 6,000.00 | 014233325 | 03/23 | 1096 | 840.40 | 016764494 |
| 03/02 | 1081 | 891.60 | 017420265 | 03/11 | 1089 | 14,000.00 | 011415023 | 03/25 | 1097 | 10,000.00 | 018685838 |
| 03/10 | 1082 | 815.60 | 010556633 | 03/11 | 1090 | 2,000.00 | 011511374 | 03/27 | 1099 * | 2,000.00 | 009012407 |
| 03/09 | 1083 | 1,071.00 | 009639243 | 03/17 | 1091 | 657.40 | 014183009 | 03/30 | 1100 | 680.60 | 009994933 |
| 03/09 | 1084 | 844.20 | 010280299 | 03/13 | 1092 | 1,233.66 | 012868122 | 03/27 | 1101 | 1,181.70 | 019917881 |
| 03/13 | 1085 | 9,154.48 | 012448323 | 03/16 | 1093 | 797.80 | 013914902 | 03/30 | 1102 | 931.40 | 009282462 |
| 03/19 | 1086 | 1,000.00 | 015870426 | 03/24 | 1094 | 473.20 | 017716348 | | | | |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/06 | 112.20 | 4160 Debit Card Purchase Sherwin-Williams703443 170-8748968 Il | 30364910048614160065 |
| 03/09 | 160.50 | 4160 Debit Card Purchase A+veh Reg Renew Sv#27 Markham Il | 15213910048614160067 |

Debit Card Purchases continued on next page

# Business Checking

🖥 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 02/28/2026 to 03/31/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497
Page 3 of 5

Business Checking Account Number: XX-XXXX-9497 - continued

## Debit Card Purchases ▯- continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/09 | 155.91 | 4160 Debit Card Purchase Winsupply Of Mokena Il Mokena Il | 15212910048614160067 |
| 03/09 | 51.21 | 4160 Debit Card Purchase Tst*Eggys Diner - Chic 773-2343449 Il | 55368910048614160068 |
| 03/10 | 84.20 | 4160 Debit Card Purchase Tst*Wildberry Pancakes Chicago Il | 59223910048614160069 |
| 03/11 | 115.88 | 4160 Debit Card Purchase Brackenbox Inc. 708-3314200 Il | 55192910048614160070 |
| 03/11 | 489.25 | 4160 Debit Card Purchase Brackenbox Inc. 708-3314200 Il | 55191910048614160070 |
| 03/13 | 7,580.99 | 4160 Debit Card Purchase Newtec Window & Door Chicago Il | 44220910048614160072 |
| 03/16 | 5,226.55 | 4160 Debit Card Purchase 004-Richards Bldg Supp Kankakee Il | 01748910048614160074 |
| 03/16 | 489.25 | 4160 Debit Card Purchase Brackenbox Inc. 708-3314200 Il | 01747910048614160074 |
| 03/16 | 90.10 | 4160 Debit Card Purchase Comcast / Xfinity 800-2662278 Il | 17002910048614160075 |
| 03/17 | 70.00 | 4160 Debit Card Purchase Shell Oil 57444082101 Crete Il | 86199910048614160076 |
| 03/17 | 28.00 | 4160 Debit Card Purchase 0009P - Parkingcom 844-4727577 Il | 86198910048614160076 |
| 03/17 | 633.02 | 4160 Debit Card Purchase Chicago Gypsum Joliet Joliet Il | 86200910048614160076 |
| 03/18 | 114.27 | 4160 Debit Card Purchase Sherwin-Williams703443 170-8748968 Il | 34070910048614160077 |
| 03/23 | 880.84 | 4160 Debit Card Purchase Allpaid*Will County La 888-6047888 Il | 63389910048614160081 |
| 03/25 | 152.80 | 4160 Debit Card Purchase Chicago Gypsum Joliet Joliet Il | 01246910048614160084 |
| 03/25 | 463.50 | 4160 Debit Card Purchase Brackenbox Inc. 708-3314200 Il | 01245910048614160084 |
| 03/26 | 54.43 | 4160 Debit Card Purchase Tst* Kup A Joe Cafe Frankfort Il | 38608910048614160085 |
| 03/26 | 9,154.00 | 4160 Debit Card Purchase Newtec Window & Door 773-8699888 Il | 38606910048614160085 |
| 03/26 | 51.02 | 4160 Debit Card Purchase U-Haul Park Forest 800-7893638 Il | 38607910048614160085 |
| 03/27 | 143.17 | 4160 Debit Card Purchase U-Haul Park Forest Park Forest Il | 80297910048614160086 |
| 03/27 | 30.13 | 4160 Debit Card Purchase Shell Oil13079923010 Chicago Hei Il | 80298910048614160086 |
| 03/27 | 256.00 | 4160 Debit Card Purchase The Center For Dental Flossmoor Il | 80296910048614160086 |
| 03/27 | 600.00 | 4160 Debit Card Purchase Sq *Smierciak Consulti gosq.com In | 80299910048614160086 |
| 03/30 | 800.00 | 4160 Debit Card Purchase Newtec Window & Door 773-8699888 Il | 33494910048614160088 |

Debit Card Purchases continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 02/28/2026 to 03/31/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497
Page 4 of 5

Business Checking Account Number: XX-XXXX-9497 - continued

## Debit Card Purchases    ▯- continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/30 | 196.10 | 4160 Debit Card Purchase Spo*Flossmoorsocial Flossmoor Il | 33495910048614160088 |

## POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/04 | 156.42 | POS Purchase Floor and Deco Tinley Park | POS00363642 1817797 |
| 03/05 | 70.01 | POS Purchase BP#2130300Quic Crete Il | POS82549901 1851093 |
| 03/10 | 75.00 | POS Purchase Lennys Gas N W Sauk Village Il | POS54628 1826105 |
| 03/16 | 107.14 | POS Purchase Amazon.Com*BP6 Seattle Wa | POS00000101 6587282 |
| 03/23 | 175.03 | POS Purchase South Oak Jeep Matteson Il | POS65723042 6535698 |
| 03/23 | 100.00 | POS Purchase 7-Eleven 35048 Monee Il | POS34425201 6535699 |
| 03/24 | 600.00 | POS Purchase Home Comfort C Crown Point | POSHL2OWOA7 1802110 |
| 03/26 | 114.62 | POS Purchase 7-Eleven Monee Il | POS00MV1G01 1908304 |
| 03/31 | 99.00 | POS Purchase 7-Eleven 35048 Monee Il | POS34425201 1877064 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/06 | 52.00 | Corporate ACH Tsheets Intuit * 2347086 | 00026064910549354 |
| 03/12 | 1,434.00 | Corporate ACH Payment Sba Eidl Loan 0000 | 00026070912464961 |
| 03/12 | 667.03 | ACH Web Billpay Comed Payment Comed Payment | 00026071904426065 |
| 03/12 | 478.00 | Corporate ACH Payment Sba Eidl Loan 0000 | 00026070912464957 |
| 03/12 | 355.38 | ACH Web Purchase Service Sanitati 800-909-5646 | 00026070913804834 |
| 03/12 | 335.62 | ACH Web Billpay Comed Payment Comed Payment | 00026071904426068 |
| 03/12 | 183.83 | ACH Web Billpay Comed Payment Comed Payment | 00026071904426071 |
| 03/12 | 1,000.00 | Zel To Tarnow Logistics Inc. | PNCAA0YbG97h |
| 03/16 | 318.57 | ACH Web Nicpayment Nicor Gas 4282169795 | 00026072911771808 |
| 03/16 | 309.50 | ACH Web-Recur Pcs Svc T-Mobile 5519300 | 00026075903453508 |
| 03/16 | 282.31 | ACH Web Nicpayment Nicor Gas 6970172305 | 00026072911771810 |
| 03/17 | 228.94 | ACH Web Aqua Servi Aqua 002792623154354 | 00026075908260818 |
| 03/19 | 805.73 | Corporate ACH Payments State Farm Billg Lq9Eu8Uv-1 | 00026077905818246 |
| 03/19 | 72.27 | Corporate ACH Fleet Debi Wex Inc 9100007018569 | 00026077905031654 |
| 03/23 | 380.81 | ACH Web Cable Svcs Comcast-Xfinity 7834348 | 00026082907719175 |
| 03/23 | 25.00 | Corporate ACH Small Comm Liberty Mutual 133016877292724 | 00026079904754406 |
| 03/25 | 170.00 | ACH Web Online Pmt Brandsource 621966911406827 | 00026083906712794 |
| 03/26 | 500.00 | Zel To Flow Right Plumbing Sewer | PNCAA0Yso07d |
| 03/30 | 200.00 | ACH Web Aqua Servi Aqua 002792623154354 | 00026086909739364 |
| 03/30 | 79.00 | ACH Web Inst Xfer Paypal 1049213390064 | 00026086910287036 |
| 03/30 | .19 | ACH Debit Rtptststtl Paypal XXXXXXXXX3350 | 00026086909791231 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/02 | 58.20 | Service Charge Period Ending 02/27/2026 | |

# Business Checking

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 02/28/2026 to 03/31/2026**

DELANI CONSTRUCTION LLC CASE #26-013

Primary Account Number: XX-XXXX-9497

Business Checking Account Number: XX-XXXX-9497 - continued

Page 5 of 5

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/10 | 1,000.00 | Online Transfer To XXXXX8465 | 00023862 |
| 03/10 | 9,000.00 | Online Transfer To XXXXX8465 | 00023863 |
| 03/20 | 1,000.00 | Online Transfer To XXXXX8465 | 00072043 |
| 03/30 | 1,000.00 | Online Transfer To XXXXX8465 | 00114529 |
| 03/30 | 52,200.00 | Withdrawal | 031621224 |
| 03/30 | 100.00 | Online Transfer To XXXXX3892 | 00114530 |
| 03/30 | 100.00 | Online Transfer To XXXXX3913 | 00114531 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 04/01/2026 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/31/2026.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 44 | .00 | Included in Account |
| ACH Credits | 1 | .00 | |
| ACH Debits | 19 | .00 | |
| Checks Paid | 23 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Monthly Cash Deposit Volume | 12 | .00 | Included in Account |
| Cashier Checks | 1 | 15.00 | |
| Stop Payment Charge | 1 | 33.00 | |
| Funds Transfer Services | | 15.00 | |
| Incoming Wire Transfer | 1 | 15.00 | |
| Total For Services Used This Period | | 63.00 | |
| Total Service Charge | | 63.00 | |

Member FDIC                         Equal Housing Lender

# Business Checking

PNC Bank

**PNC BANK**

PO Box 609
Pittsburgh, PA  15230-9738

**For the Period 03/30/2026 to 03/31/2026**

Primary Account Number: XX-XXXX-3913

Page 1 of 2

Number of enclosures: 0

DELANI CONSTRUCTION LLC
Project Acct 2
26036 S COUNTYFAIR DR
MONEE IL 60449-8782

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week.  Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-287-2654

PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-877-287-2654

**Moving?**  Please contact your local branch

PO Box 609
Pittsburgh, PA  15230-9738

Visit us at PNC.com/smallbusiness

---

## IMPORTANT ACCOUNT INFORMATION

Effective April 1, 2026, charges for Pay Receive Sync will change. The impact of these fee changes will depend on the mix of Pay Receive Sync services you use at PNC. Current service charges are listed on your monthly statement, if applicable. Depending on your account type, some fees may be billed one month in arrears.

The updated fees are as follows:

>Pay: Increasing from $20.00 to $25.00
>Receive: Increasing from $20.00 to $25.00
>Sync: Increasing from $10.00 to $15.00

We would be happy to review the changes that are applicable to your account and discuss other options that may address the evolving needs of your business. If you are interested in a review of your account or service fees, please contact your relationship manager.

## Business Checking Summary

DELANI CONSTRUCTION LLC
Project Acct 2

Account number:  XX-XXXX-3913

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

---

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | .00 | 100.00 | .00 | 100.00 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 100.00 | 100.00 |

---

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 1 | 100.00 |
| Total | 1 | 100.00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 03/30/2026 to 03/31/2026**
DELANI CONSTRUCTION LLC
Primary Account Number: XX-XXXX-3913
Page 2 of 2

Business Checking Account Number: XX-XXXX-3913 - continued

## Daily Balance

| Date | Ledger balance |
|------|---------------|
| 03/30 | 100.00 |

## Activity Detail

### Deposits and Other Additions

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|
| 03/30 | 100.00 | Online Transfer From XXXXX9497 | |

### Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 04/01/2026 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/31/2026.

| Description | Volume | Amount | |
|-------------|--------|--------|---|
| Monthly Account Maintenance Fee | | .00 | Waived - New Customer Period |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC          Equal Housing Lender

# Business Checking

PNC Bank

**PNC BANK**

PO Box 609
Pittsburgh, PA  15230-9738

**For the Period 03/30/2026 to 03/31/2026**

Primary Account Number: XX-XXXX-3892
Page 1 of 2
Number of enclosures: 0

DELANI CONSTRUCTION LLC
Project Acct 1
26036 S COUNTYFAIR DR
MONEE IL 60449-8782

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week.  Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-287-2654

PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en espanol, 1-877-287-2654

**Moving?**  Please contact your local branch

PO Box 609
Pittsburgh, PA  15230-9738

Visit us at PNC.com/smallbusiness

---

IMPORTANT ACCOUNT INFORMATION

Effective April 1, 2026, charges for Pay Receive Sync will change. The impact of these fee changes will depend on the mix of Pay Receive Sync services you use at PNC. Current service charges are listed on your monthly statement, if applicable. Depending on your account type, some fees may be billed one month in arrears.

The updated fees are as follows:

>Pay: Increasing from $20.00 to $25.00
>Receive: Increasing from $20.00 to $25.00
>Sync: Increasing from $10.00 to $15.00

We would be happy to review the changes that are applicable to your account and discuss other options that may address the evolving needs of your business. If you are interested in a review of your account or service fees, please contact your relationship manager.

## Business Checking Summary

DELANI CONSTRUCTION LLC
Project Acct 1

Account number:  XX-XXXX-3892

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

---

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | .00 | 100.00 | .00 | 100.00 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 100.00 | 100.00 |

---

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 1 | 100.00 |
| Total | 1 | 100.00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: XX-XXXX-3892 - continued

## Daily Balance

| Date | Ledger balance |
| --- | --- |
| 03/30 | 100.00 |

## Activity Detail

### Deposits and Other Additions

### Other Additions

| Date posted | Amount | Transaction description | Reference number |
| --- | --- | --- | --- |
| 03/30 | 100.00 | Online Transfer From XXXXX9497 | |

### Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 04/01/2026 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/31/2026.

| Description | Volume | Amount | |
| --- | --- | --- | --- |
| Monthly Account Maintenance Fee | | .00 | Waived - New Customer Period |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                              Equal Housing Lender



How to reach us

**bmo.com/contact**
888-340-2265



P.O. BOX 94033, PALATINE, IL  60094-4033
**Return Service Requested**

DELANI CONSTRUCTION LLC
26036 S COUNTYFAIR DR
MONEE IL  60449

Date
March 01, 2026 through
March 31, 2026
Primary Account Number
█████5393

EFFECTIVE 5/4/2026: (1) IN THE HANDBOOK, ALL REFERENCES TO "BRANCH" WILL CHANGE TO "FINANCIAL CENTER". "FINANCIAL CENTER" EXCLUDES MOBILE BANKING OFFICES WHERE NOTED.

(2) THE DEPOSIT ACCOUNT AGREEMENT WILL BE AMENDED TO REFLECT CHANGES: * SECTION 7.A DEPOSITS: WE NO LONGER ACCEPT NIGHT DEPOSITORY DEPOSITS FOR CONSUMER ACCOUNTS. * SECTION 7.Q CUSTOMER COMMUNICATIONS: WE ARE AUTHORIZED TO CONTACT YOU AT ANY EMAIL ADDRESS, PHONE NUMBER, OR ADDRESS WE RECEIVE FROM A THIRD PARTY. * SECTION 8 FUNDS AVAILABILITY POLICY FOR DEPOSIT ACCOUNTS: UNDER "LONGER DELAYS MAY APPLY", WE WILL SEND YOU THE NOTICE BY MAIL AND/OR ELECTRONICALLY (IF PERMITTED). UNDER "SPECIAL RULES FOR NEW CHECKING ACCOUNTS", REFERENCE TO FUNDS BEING AVAILABLE "ON" OR "UNTIL" THE 9TH BUSINESS DAY IS CHANGED TO "NO LATER THAN" THE 9TH BUSINESS DAY.

YOUR CONTINUED USE OF THIS ACCOUNT AS OF 5/4/2026 CONFIRMS YOUR AGREEMENT TO THESE CHANGES. IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC EQUAL HOUSING LENDER. NMLS 401052 VISIT US ONLINE AT WWW.BMO.COM

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF MARCH 31, 2026) |
|---|---|---|
| BMO PREMIUM BUSINESS CKG | █████5393 | ($2.82) |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

**CONTINUED ON NEXT PAGE**



NMLS 401052

bmo.com/contact
888-340-2265

## Account Summary - BMO PREMIUM BUSINESS CKG #4834215393

| BEGINNING BALANCE AS OF FEBRUARY 28, 2026 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF MARCH 31, 2026 |
|---|---|---|---|---|---|---|
| $12.18 | 2 | $15,500.00 | 2 | $15,500.00 | $15.00 | ($2.82) |

### Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$12.18** |
| Mar 04 | ACH DEBIT | ($7,750.00) | | ($7,737.82) |
| | WEB  PAYPAL      ECHECK | | | |
| Mar 05 | RETURNED ACH DEBIT NSF | | $7,750.00 | $12.18 |
| | WEB  PAYPAL      ECHECK | | | |
| Mar 11 | ACH DEBIT | ($7,750.00) | | ($7,737.82) |
| | WEB  PAYPAL      RETRY PYMT | | | |
| Mar 12 | RETURNED ACH DEBIT NSF | | $7,750.00 | $12.18 |
| | WEB  PAYPAL      RETRY PYMT | | | |
| Mar 31 | SERVICE CHARGE | ($15.00) | | ($2.82) |
| | **ENDING BALANCE** | | | **($2.82)** |

## Account Summary - BMO PREMIUM BUSINESS CKG #███████5393

| AVERAGE LEDGER BALANCE | AVERAGE FLOAT | AVERAGE COLLECTED BALANCE |
|---|---|---|
| ($487.82) | $0.00 | ($487.82) |

### Service Charge Summary

| Description | Volume | Units | Amount |
|---|---|---|---|
| Maintenance Fee | | | $15.00 |
| Checks Paid | 0 | $0.00 | $0.00 |
| Checks Deposited | 0 | $0.00 | $0.00 |
| Deposits | 0 | $0.00 | $0.00 |
| ACH Credits | 0 | $0.00 | $0.00 |
| ACH Debits | 2 | $0.00 | $0.00 |
| Total Transactions | 2 | | |
| Excessive Transactions > 200 | | | |
| Excessive Transaction Fee | 0 | $0.40 | $0.00 |
| Total Service Charges | | | $15.00 |

**BMO**

## Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1.   Tell us your name, account number, and Card number (if applicable).

2.   Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.

3.   Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

*These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

·   *Account information:* Your name and account number.
·   *Dollar amount:* The dollar amount of the suspected error.
·   *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

·   We cannot try to collect the amount in question, or report you as delinquent on that amount.
·   The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
·   While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
·   We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**
We may report information about your account to the credit bureaus. If you think we've reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you're the borrower submitting this dispute.

Date: 05/2025