IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of: | NO. 26-01384 |
| Delani Construction LLC | Judge David D. Cleary |
| Debtors | Chapter 11 |

NOTICE OF MOTION

TO:

Delani Construction LLC
26036 Countyfair Drive
Monee, IL 60449
Via regular mail

Kevin V. Hunt for Schilling Brothers Lumber of Illinois, Inc. via ECF

Saulius Modestas for Delani Construction LLC via ECF

Miriam Stein Granek for Itria Ventures, LLC via ECF

Adam G. Brief via ECF
And to the attached service list

PLEASE TAKE NOTICE that on May 20, 2026, at 9:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or electronically as described below, and present the motion of Ford Motor Credit Company LLC, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode. **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is **161 122 6457** and the password is **Cleary644**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Ford Motor Credit Company LLC

By: /s/ Christopher H. Purcell
One of its Attorneys
Sherman & Purcell, LTD.

Christopher H. Purcell
P.O. Box 67
Cary, Illinois 60013
Shermlaw13@aol.com
Phone: (312) 372-1487

CERTIFICATE OF SERVICE

I, Christopher H. Purcell, certify that I served a copy of this notice and the attached motion on each entity shown on the service list at the address shown and by the method indicated on the list on May 12, 2026 before the hour of 5:00 p.m. By: /S/ Christopher H. Purcell

Service List - TO:

**VIA ECF:**

Kevin V. Hunt for Schilling Brothers Lumber of Illinois, Inc. via ECF

Adam G. Brief via ECF

Saulius Modestas for Delani Construction LLC via ECF

Miriam Stein Granek for Itria Ventures, LLC via ECF

**Via regular U.S. mail:**

Delani Construction LLC
26036 Countyfair Drive
Monee, IL 60449

American Builders & Contractors
c/o Teller Levitt
200 W. Monroe St. Ste 900
Chicago, IL 60606-5125

Brann New Door, Inc
c/o Scott Wheaton & Associates
3108 Ridge Road
Lansing, IL 60438-3022

DME Access LLC
c/o Aronberg Goldgehn Davis
225 W. Washington St., Suite 2800
Chicago, IL 60606-3563

Julius Collins
c/o Walker & Associates
1016 W. Jackson Blvd., Suite1
Chicago, IL 60607-2914

Ruth Collins
c/o Walker & Associates
1016 W. Jackson Blvd., Suite I
Chicago, IL 60607-2914

Wells Fargo Vendor Financial ServicesLLC
801 Walnut Street MAC F0006-052
Des Moines IA 50309-3606

BMO Bank, N.A. c/o AIS Portfolio
4515 N. Santa Fe Ave., Dept APS
Oklahoma City, OK 73118-7901

Covantage Credit Union
1902 88th Ave.
Mokena, IL 60448-8106

Ferguson Enterprises LLC
Teller Levit Sivertrust
19 S. LaSalle St., Ste 701
Chicago, IL 60603-1431

Foundation Building Materials LLC
c/o CRF Solutions
PO Box 1389
Simi Valley, CA 93062-1389

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank, N.A.
Robertson, Anschutz, Schneid, Crane & Partners PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Meadow Creek Community Assoc. Inc.
c/o Tressler LLP
747 E Boughton Road, Suite 260
Bolingbrook, IL 60440-2281

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In 26-01384 | |
| Delani Construction LLC | Judge David D. Cleary |
| Debtors | Chapter 11 |

MOTION TO MODIFY AUTOMATIC STAY

Now comes Ford Motor Credit Company LLC (hereinafter the "Movant")., a creditor herein, by Sherman & Purcell, ltd., its attorneys, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §362 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. The Debtor filed their petition for relief under chapter 11 of the Bankruptcy Code on January 27, 2026.

2. The Movant is a secured creditor of the Debtor. The collateral is a 2024 Ford Mustang Mach E, VIN 3FMTK1SU7RMA01634. A copy of the retail installment contract and a copy of the proof of its lienholder status are attached hereto as an Exhibit.

3. At the time of the filing of the petition for relief, the debt was $36,629.94 and as of May 4, 2026 the payoff would be $37,106.3. The collateral has an estimated value of $32,950.

4. There have been no payments made since filing. The account is currently past due in the amount of $2,306.43 and this amount will increase by $768.81 on May 16, 2026 when another payment comes due and owing. These default figures are before adding attorney's fees and costs.

5. The Debtor has not offered, and Movant. is not receiving, adequate protection for its secured interest or depreciating value and that said motor vehicle is not necessary to an effective reorganization by the Debtor.

6. The Movant will suffer irreparable injury, harm and damage should it be delayed in taking possession of the motor vehicle aforesaid and foreclosing its security interest therein. The Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order.

7. The account was charged off back in November of 2025 and the entire remaining balance of $57,821.34 is in default. This default amount is before adding the attorney's fees and costs of this motion. A copy of the pay history is attached hereto as an exhibit.

8. There is no adequate protection order in place.

9. For the aforementioned reasons, cause exists for the modification of the automatic stay under 11 U.S.C. §362 .

WHEREFORE, the Movant prays that this Honorable Court enter an Order modifying the restraining provisions of §362 of the Bankruptcy Code to permit the said Movant to take possession of and foreclose its security interest in a certain 2024 Ford Mustang Mach E, VIN 3FMTK1SU7RMA01634 and for such other and further relief as this Court may deem just.

FORD MOTOR CREDIT COMPANY LLC.

BY: ___/s/ Christopher H. Purcell ____
One of its Attorneys

Christopher H. Purcell
Sherman & Purcell, LTD.
P.O. Box 67
Cary, Illinois 60013
Shermlaw13@aol.com
Phone: (312) 372-1487
Attorney for Ford Motor Credit Company LLC