Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) Delani Construction, LLC Case No. 26-01384 Chapter 11

All Cases: Moving Creditor Ford Motor Credit Company LLC Date Case Filed 01-27-2026

Nature of Relief Sought: ☑ Lift Stay ☐ Annul Stay ☑ Other (describe) of for Adequate Protection

Chapter 13: Date of Confirmation Hearing ______ or Date Plan Confirmed ______

Chapter 7: ☐ No-Asset Report Filed on ______
☐ No-Asset Report not Filed, Date of Creditors Meeting ______

1. Collateral
   a. ☐ Home
   b. ☑ Car Year, Make, and Model 2024 Ford Mustang Mach E
   c. ☐ Other (describe) ______

2. Balance Owed as of Petition Date $ 36,629.94
   Total of all other Liens against Collateral $______

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $ 32,950

5. Default
   a. ☐ Pre-Petition Default
      Number of months ______ Amount $ ______

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months 3 Amount $ 2,306.43 until 5-16-26

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ______ Amount $ ______

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid Amount $ ______
      iii. ☐ Rapidly depreciating asset
      iv. ☑ Other (describe) The default above is before attorney's fees and costs.

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☑ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) ______
      ii. ☐ Multiple Filings
      iii. ☑ Other (describe) Another $768.81 comes due on May 16, 2026

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm ii ☐ Redeem iii. ☐ Surrender iv. ☐ No Statement of Intention Filed

Date: see date motion was filed.

/s/ Christopher H. Purcell
Counsel for Movant

(Rev. 12 /21/09)