Form G23 (20260120)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 26-01384 |
| | ) | |
| Delani Construction LLC | ) | Chapter: 11 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter coming before the court on the motion of Ford Motor Credit Company LLC ("Movant") for relief from the automatic stay,

IT IS ORDERED:

1. The motion is granted, as set forth herein. The stay is modified so as not to restrain Movant from pursuing in rem non-bankruptcy remedies as to 2024 Ford Mustang Mach E, VIN 3FMTK1SU7RMA01634.

2. The stay in Rule 4001(a)(4) does not apply to this order.

Enter:

Dated:

United States Bankruptcy Judge

**Prepared by:**

Christopher H. Purcell
Sherman & Purcell, LTD.
P.O. Box 67
Cary, Illinois 60013
Phone: (312) 372-1487
Shermlaw13@aol.com
Attorney for Ford Motor Credit Company LLC