# Business Checking

PNC Bank

PNC BANK
PO Box 609
Pittsburgh, PA 15230-9738

**For the Period 04/01/2026 to 04/30/2026**

Primary Account Number: XX-XXXX-9497
Page 1 of 4
Number of enclosures: 0

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION
26036 S COUNTYFAIR DR
MONEE IL 60449-8782

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-287-2654
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-287-2654

**Moving?** Please contact your local branch

PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness

## Business Checking Summary

Account number: XX-XXXX-9497

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 20,909.66 | 174,273.43 | 135,640.63 | 59,542.46 |

| Average ledger balance | Average collected balance |
|---|---|
| 15,639.32 | 15,639.32 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 1,600.00 |
| Fee Refunds | 1 | 3.13 |
| Other Additions | 4 | 172,670.30 |
| Total | 7 | 174,273.43 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 13 | 100,300.84 |
| Debit Card Purchases | 16 | 13,276.27 |
| POS Purchases | 10 | 2,554.34 |
| ATM/Misc. Debit Card Transactions | 1 | 1,000.00 |
| ACH Deductions | 13 | 4,246.18 |
| Service Charges and Fees | 1 | 63.00 |
| Other Deductions | 9 | 14,200.00 |
| Total | 63 | 135,640.63 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/01 | 19,846.66 | 04/13 | 641.73 | 04/23 | 1,308.38 |
| 04/02 | 13,351.25 | 04/14 | 941.73 | 04/24 | 108.38 |
| 04/03 | 3,310.37 | 04/15 | 629.98 | 04/27 | 159,899.48 |
| 04/06 | 2,743.49 | 04/16 | 802.98 | 04/28 | 126,922.76 |
| 04/08 | 872.62 | 04/17 | 121.18 | 04/29 | 66,002.94 |
| 04/09 | 634.30 | 04/20 | 21.18 | 04/30 | 59,542.46 |
| 04/10 | 537.43 | | | | |

# Business Checking



## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/14 | 300.00 | Zel From Tamott Wolverton | JPM99cd4yab1 |
| 04/23 | 1,300.00 | Zel From Tamott Wolverton | JPM99ce7oap8 |

#### Fee Refunds

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/10 | 3.13 | PNC Purchase Payback Award | |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/13 | 84.30 | Online Transfer From XXXXX3892 | |
| 04/13 | 90.00 | Online Transfer From XXXXX3913 | |
| 04/16 | 496.00 | Domestic Incoming Wire 264Gg0750Fgp62K6 | W264GG0750FGP62K6 |
| 04/27 | 172,000.00 | Domestic Incoming Wire 264Rh5453Rdo1Ea1 | W264RH5453RDO1EA1 |

## Checks and Other Deductions

#### Checks and Substitute Checks

* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/08 | 1103 * | 1,000.00 | 015165364 | 04/03 | 1108 | 761.20 | 012216026 | 04/27 | 1115 * | 2,208.90 | 013798932 |
| 04/02 | 1104 | 5,000.00 | 011759134 | 04/17 | 1109 | 481.80 | 019712865 | 04/30 | 1116 | 1,945.00 | 015392392 |
| 04/29 | 1105 | 6,750.00 | 014845040 | 04/28 | 1110 | 4,000.00 | 014546391 | 04/29 | 1119 * | 50,421.94 | 014843451 |
| 04/08 | 1106 | 669.40 | 014701002 | 04/28 | 1113 * | 13,000.00 | 014631093 | 04/28 | 1120 | 13,000.00 | 014528233 |
| 04/03 | 1107 | 1,062.60 | 012643749 | | | | | | | | |

#### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/02 | 28.00 | 4160 Debit Card Purchase 0009P - Parkingcom 844-4727577 Il | 79736910048614160092 |
| 04/03 | 174.38 | 4160 Debit Card Purchase U-Haul Park Forest Park Forest Il | 74159910048614160093 |
| 04/03 | 7,580.99 | 4160 Debit Card Purchase Newtec Window & Door 773-8699888 Il | 74158910048614160093 |
| 04/03 | 118.25 | 4160 Debit Card Purchase State Farm 800-956631 | 74161910048614160093 |
| 04/03 | 37.52 | 4160 Debit Card Purchase Tst*Gracies Burritos Monee Il | 74160910048614160093 |
| 04/08 | 25.16 | 4160 Debit Card Purchase Schillings(2) Mokena | 52959910048614160098 |
| 04/09 | 28.00 | 4160 Debit Card Purchase 0009P - Parkingcom 844-4727577 Il | 16894910048614160099 |
| 04/09 | 210.32 | 4160 Debit Card Purchase Tst* Leye - Miru Chicago Il | 16895910048614160099 |
| 04/13 | 70.00 | 4160 Debit Card Purchase Pilot_00039 Monee Il | 95163910048614160103 |
| 04/16 | 23.00 | 4160 Debit Card Purchase 0009P - Parkingcom 844-4727577 Il | 75516910048614160106 |
| 04/29 | 1,746.40 | 4160 Debit Card Purchase Wille Brothers Co 708-5354100 Il | 64662910048614160119 |
| 04/29 | 718.77 | 4160 Debit Card Purchase Gordon Electric Supply Mokena Il | 64663910048614160119 |

Debit Card Purchases continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 04/01/2026 to 04/30/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


Business Checking Account Number: XX-XXXX-9497 - continued

## Debit Card Purchases - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/30 | 787.73 | 4160 Debit Card Purchase Newtec Window & Door 773-8699888 Il | 02125910048614160120 |
| 04/30 | 538.18 | 4160 Debit Card Purchase Brackenbox Inc. 708-3314200 Il | 02127910048614160120 |
| 04/30 | 538.18 | 4160 Debit Card Purchase Brackenbox Inc. 708-3314200 Il | 02126910048614160120 |
| 04/30 | 651.39 | 4160 Debit Card Purchase Gordon Electric Supply Mokena Il | 02128910048614160120 |

## POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/02 | 126.70 | POS Purchase Wal-Mart #1497 Matteson Il | POS14970006 2029297 |
| 04/03 | 60.95 | POS Purchase Aline Internat Mokena Il | POS09561146 2438017 |
| 04/03 | 100.99 | POS Purchase Gas N Wash Mokena Il | POS13760 2438018 |
| 04/06 | 22.88 | POS Purchase The Home Depot Matteson Il | POS05983254 6454252 |
| 04/08 | 76.31 | POS Purchase 7-Eleven 35048 Monee Il | POS34425201 1836238 |
| 04/23 | 12.80 | POS Purchase The Home Depot Matteson Il | POS06167455 1905744 |
| 04/29 | 35.59 | POS Purchase The Home Depot Matteson Il | POS06167455 1789760 |
| 04/29 | 18.12 | POS Purchase The Home Depot Matteson Il | POS06167445 1789761 |
| 04/29 | 100.00 | POS Purchase 7-Eleven 35048 Monee Il | POS34425201 1789762 |
| 04/30 | 2,000.00 | POS Purchase Mnrd-Matteson Matteson Il | POS99999999 1868318 |

## ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/28 | 1,000.00 | ATM Withdrawal 9651 W Lincoln Hwy Frankfort Il | PNCPJ6160 2376498 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/02 | 340.71 | ACH Web Billpay Comed Payment Comed Payment | 00026092909224211 |
| 04/03 | 144.00 | ACH Web Online Pmt Home Depot 611976271258281 | 00026092913245482 |
| 04/06 | 44.00 | Corporate ACH Tsheets Intuit * 2978483 | 00026096909319900 |
| 04/15 | 311.75 | ACH Web-Recur Pcs Svc T-Mobile 6031328 | 00026104912339733 |
| 04/20 | 100.00 | Zel To Jose Castro | PNCAA0ZWw92W |
| 04/24 | 200.00 | Zel To Jose Castro | PNCAA0ZeP42n |
| 04/28 | 1,169.50 | Corporate ACH Payment Liberty Mutual 136323703747341 | 00026117907232727 |
| 04/28 | 478.00 | Corporate ACH Payment Sba Eidl Loan 0000 | 00026117907734021 |
| 04/28 | 175.22 | ACH Web Cable Svcs Comcast-Xfinity 0391319 | 00026117908780595 |
| 04/28 | 154.00 | Zel To Juan Mcghee | PNCAA0ZiZ40J |
| 04/29 | 79.00 | ACH Web Inst Xfer Paypal 1049922190763 | 00026118913930990 |
| 04/29 | 50.00 | ACH Debit Debitpmt West Bend #XXXXX1306 | 00026118911390390 |
| 04/29 | 1,000.00 | Zel To Koby Construction Group, | PNCAA0ZjW81J |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/01 | 63.00 | Service Charge Period Ending 03/31/2026 | |

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

**For the Period 04/01/2026 to 04/30/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


Business Checking Account Number: XX-XXXX-9497 - continued

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/01 | 1,000.00 | Online Transfer To XXXXX8465 | 00056366 |
| 04/02 | 1,000.00 | Online Transfer To XXXXX8465 | 00046774 |
| 04/06 | 500.00 | Online Transfer To XXXXX8465 | 00096191 |
| 04/08 | 100.00 | Online Transfer To XXXXX8465 | 00032921 |
| 04/10 | 100.00 | Online Transfer To XXXXX8465 | 00072948 |
| 04/16 | 300.00 | Online Transfer To XXXXX8465 | 00049758 |
| 04/17 | 200.00 | Online Transfer To XXXXX8465 | 00085989 |
| 04/24 | 1,000.00 | Online Transfer To XXXXX8465 | 00075442 |
| 04/27 | 10,000.00 | Online Transfer To XXXXX8465 | 00110189 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 05/01/2026 and will appear on your next statement as a single line item entitled Service Charge Period Ending 04/30/2026.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 22 | .00 | Included in Account |
| ACH Debits | 9 | .00 | |
| Checks Paid | 13 | .00 | |
| Funds Transfer Services | | 45.00 | |
| Incoming Wire Transfer | 3 | 45.00 | |
| Total For Services Used This Period | | 45.00 | |
| Total Service Charge | | 45.00 | |

BMO

P.O. BOX 94033, PALATINE, IL 60094-4033
**Return Service Requested**

How to reach us

**bmo.com/contact**
888-340-2265

DELANI CONSTRUCTION LLC
26036 S COUNTYFAIR DR
MONEE IL 60449

Date
April 01, 2026 through
April 30, 2026
Primary Account Number
[redacted]5393

EFFECTIVE 5/4/2026: (1) IN THE HANDBOOK, ALL REFERENCES TO "BRANCH" WILL CHANGE TO "FINANCIAL CENTER". "FINANCIAL CENTER" EXCLUDES MOBILE BANKING OFFICES WHERE NOTED.

(2) THE DEPOSIT ACCOUNT AGREEMENT WILL BE AMENDED TO REFLECT CHANGES: * SECTION 7.A DEPOSITS: WE NO LONGER ACCEPT NIGHT DEPOSITORY DEPOSITS FOR CONSUMER ACCOUNTS. * SECTION 7.Q CUSTOMER COMMUNICATIONS: WE ARE AUTHORIZED TO CONTACT YOU AT ANY EMAIL ADDRESS, PHONE NUMBER, OR ADDRESS WE RECEIVE FROM A THIRD PARTY. * SECTION 8 FUNDS AVAILABILITY POLICY FOR DEPOSIT ACCOUNTS: UNDER "LONGER DELAYS MAY APPLY", WE WILL SEND YOU THE NOTICE BY MAIL AND/OR ELECTRONICALLY (IF PERMITTED). UNDER "SPECIAL RULES FOR NEW CHECKING ACCOUNTS", REFERENCE TO FUNDS BEING AVAILABLE "ON" OR "UNTIL" THE 9TH BUSINESS DAY IS CHANGED TO "NO LATER THAN" THE 9TH BUSINESS DAY.

YOUR CONTINUED USE OF THIS ACCOUNT AS OF 5/4/2026 CONFIRMS YOUR AGREEMENT TO THESE CHANGES. IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC EQUAL HOUSING LENDER. NMLS 401052 VISIT US ONLINE AT WWW.BMO.COM

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF APRIL 30, 2026) |
|---|---|---|
| BMO PREMIUM BUSINESS CKG | [redacted]5393 | ($17.82) |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

CONTINUED ON NEXT PAGE

FDIC EQUAL HOUSING LENDER
NMLS 401052

BMO

bmo.com/contact
888-340-2265

## Account Summary - BMO PREMIUM BUSINESS CKG #4834215393

| BEGINNING BALANCE AS OF MARCH 31, 2026 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF APRIL 30, 2026 |
|---|---|---|---|---|---|---|
| ($2.82) | 0 | $0.00 | 0 | $0.00 | $15.00 | ($17.82) |

## Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **($2.82)** |
| Apr 30 | SERVICE CHARGE | ($15.00) | | ($17.82) |
| | **ENDING BALANCE** | | | **($17.82)** |

## Account Summary - BMO PREMIUM BUSINESS CKG #4834215393

| AVERAGE LEDGER BALANCE | AVERAGE FLOAT | AVERAGE COLLECTED BALANCE |
|---|---|---|
| ($2.82) | $0.00 | ($2.82) |

## Service Charge Summary

| Description | Volume | Units | Amount |
|---|---|---|---|
| Maintenance Fee | | | $15.00 |
| Checks Paid | 0 | $0.00 | $0.00 |
| Checks Deposited | 0 | $0.00 | $0.00 |
| Deposits | 0 | $0.00 | $0.00 |
| ACH Credits | 0 | $0.00 | $0.00 |
| ACH Debits | 0 | $0.00 | $0.00 |
| Total Transactions | 0 | | |
| Excessive Transactions > 200 | | | |
| Excessive Transaction Fee | 0 | $0.40 | $0.00 |
| Total Service Charges | | | $15.00 |

BMO

bmo.com/contact
888-340-2265

## Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

**These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.*

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**
If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**
We may report information about your account to the credit bureaus. If you think we've reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you're the borrower submitting this dispute.

Date: 05/2025