UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 59-01384 |
| | ) | |
| | ) | Chapter: 11 |
| Delani Construction LLC | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AGREED ORDER RESOLVING MOTION TO MODIFY, FOR ADEQUATE PROTECTION AND CONDITIONING AUTOMATIC STAY**

This cause coming on to be heard on the Motion by Ford Motor Credit Company LLC (hereinafter the Movant);

IT IS HEREBY ORDERED:

1. On the debt owed to Ford Motor Credit Company LLC (hereinafter the "Movant") by the Debtor that is secured by the 2024 Ford Mustang Mach E, VIN 3FMTK1SU7RMA01634 (hereinafter the "vehicle"). the Debtor will make adequate protection payments of $692.01 per month starting on June 5, 2026 and by the 5th of each month thereafter until such time, if ever, as this case is dismissed, converted to another chapter of the Bankruptcy Code, a plan under Chapter 11 of the Bankruptcy Code is confirmed by the Court, or the Debtor's obligations to Ford Motor Credit Company LLC have been satisfied in full.
2. If at any time during the pendency of this bankruptcy case the Debtor's payments to the Movant under the terms of paragraph 1 accrues a default equal to $1,384 or more, or if at any time the aforementioned vehicle is not covered by collision and comprehensive insurance naming the Movant, as the loss-payee thereof, then the Debtor(s) is in default.
3. In the event of a default, the Movant may send a Notice of Default to the Debtors by mail and electronic notice to the Debtors' attorney, Saul Modestas. Then, if said payment default or insurance default is not completely cured within fourteen days of the mailing of the aforesaid notice, with proof of said cure being provided to Sherman & Purcell, LTD. may file a Notice of Termination.
4. Upon the filing of a Notice of Termination the restraining provisions of §362 of the Bankruptcy Code are automatically modified without further notice, hearing, or Order, to permit the Movant, to take possession of and foreclose its security interest a certain 2024 Ford Mustang Mach E, VIN 3FMTK1SU7RMA01634.

Enter:

Dated:

United States Bankruptcy Judge

**Prepared by:**

Christopher H. Purcell
Sherman & Purcell, LTD.
P.O. Box 67
Cary, Illinois 60013
Phone: (312) 372-1487

Shermlaw13@aol.com
Attorney for Ford Motor Credit Company LLC