# Business Checking

PNC Bank

PNC BANK
PO Box 609
Pittsburgh, PA 15230-9738

**For the Period 05/01/2026 to 05/29/2026**

Primary Account Number: XX-XXXX-9497
Page 1 of 4
Number of enclosures: 0

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION
26036 S COUNTYFAIR DR
MONEE IL 60449-8782

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-287-2654
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-287-2654

**Moving?** Please contact your local branch

PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness

## Business Checking Summary

Account number: XX-XXXX-9497

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 59,542.46 | 65,817.47 | 77,309.05 | 48,050.88 |

| Average ledger balance | Average collected balance |
|---|---|
| 49,682.13 | 49,682.13 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ATM Deposits and Additions | 4 | 367.50 |
| Other Additions | 1 | 65,449.97 |
| Total | 5 | 65,817.47 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 18 | 54,937.70 |
| Debit Card Purchases | 26 | 6,310.37 |
| POS Purchases | 12 | 1,364.11 |
| ATM/Misc. Debit Card Transactions | 2 | 1,139.00 |
| ACH Deductions | 23 | 12,512.87 |
| Service Charges and Fees | 1 | 45.00 |
| Other Deductions | 1 | 1,000.00 |
| Total | 83 | 77,309.05 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/01 | 47,073.73 | 05/12 | 27,337.08 | 05/21 | 72,359.93 |
| 05/04 | 45,413.61 | 05/14 | 23,233.48 | 05/22 | 70,165.16 |
| 05/05 | 44,372.67 | 05/15 | 21,272.84 | 05/26 | 64,184.30 |
| 05/06 | 42,266.10 | 05/18 | 82,887.73 | 05/27 | 62,737.58 |
| 05/08 | 41,151.78 | 05/19 | 82,195.15 | 05/28 | 60,237.58 |
| 05/11 | 32,682.51 | 05/20 | 73,410.93 | 05/29 | 48,050.88 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/01/2026 to 05/29/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


Business Checking Account Number: XX-XXXX-9497 - continued

## Activity Detail

### Deposits and Other Additions

#### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/08 | 30.00 | Debit Card Credit Greener Gardens Sod Fa Frankfort Il | 19066910048614160128 |
| 05/12 | 163.35 | Provisional Credit - Dispute Pending Effective 05-08-26 | |
| 05/15 | 10.80 | POS Return Advance Auto P Monee Il | POS30436904 2230220 |
| 05/26 | 163.35 | Debit Card Credit The Home Depot #1932 Matteson Il | 01883910048614160144 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/18 | 65,449.97 | Domestic Incoming Wire 265Ij2831J584Ua2 | W265IJ2831J584UA2 |

### Checks and Other Deductions

#### Checks and Substitute Checks

* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/28 | 1111 * | 2,500.00 | 018423958 | 05/01 | 1126 | 159.00 | 016472651 | 05/18 | 1133 * | 908.40 | 013277094 |
| 05/06 | 1121 * | 927.00 | 019005386 | 05/08 | 1127 | 763.50 | 009311223 | 05/18 | 1134 | 426.00 | 013229430 |
| 05/11 | 1122 | 2,800.00 | 009657402 | 05/11 | 1128 | 479.20 | 010358597 | 05/29 | 1137 * | 11,200.00 | 019350259 |
| 05/29 | 1123 | 986.70 | 019438635 | 05/11 | 1129 | 5,000.00 | 009659474 | 05/20 | 1138 | 6,500.00 | 015252903 |
| 05/01 | 1124 | 12,000.00 | 016385467 | 05/14 | 1130 | 3,500.00 | 012168820 | 05/22 | 1139 | 727.50 | 016358160 |
| 05/04 | 1125 | 349.60 | 016866632 | 05/12 | 1131 | 5,000.00 | 010690810 | 05/26 | 1140 | 710.80 | 016744406 |

#### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 64.47 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 83700910048614160121 |
| 05/01 | 9.23 | 4160 Debit Card Purchase Crete Ace Hdwe Crete | 83697910048614160121 |
| 05/01 | 14.17 | 4160 Debit Card Purchase Crete Ace Hdwe Crete | 83698910048614160121 |
| 05/01 | 26.86 | 4160 Debit Card Purchase Crete Ace Hdwe Crete | 83699910048614160121 |
| 05/04 | 624.12 | 4160 Debit Card Purchase Pay*Firstplacerentalin 630-5543155 Il | 43456910048614160123 |
| 05/06 | 10.99 | 4160 Debit Card Purchase Qt 7204 Inside University Il | 60344910048614160126 |
| 05/06 | 2.26 | 4160 Debit Card Purchase Qt 7204 Inside University Il | 60345910048614160126 |
| 05/06 | 86.37 | 4160 Debit Card Purchase State Farm 800-956631 | 60346910048614160126 |
| 05/06 | 123.95 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 60347910048614160126 |
| 05/08 | 163.35 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 19065910048614160128 |
| 05/08 | 163.35 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 19064910048614160128 |
| 05/08 | 54.12 | 4160 Debit Card Purchase Greener Gardens Sod Fa 815-4699421 Il | 19063910048614160128 |
| 05/11 | 190.07 | 4160 Debit Card Purchase Amazon Mktpl*Bv7Wj3Z70 Amzn.com/bi Wa | 42334910048614160130 |

Debit Card Purchases continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: XX-XXXX-9497 - continued

**For the Period 05/01/2026 to 05/29/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


## Debit Card Purchases - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/12 | 167.24 | 4160 Debit Card Purchase Sherwin-Williams703443 170-8748968 Il | 20820910048614160132 |
| 05/12 | 291.54 | 4160 Debit Card Purchase Schillings Mokena Il | 20819910048614160132 |
| 05/18 | 33.29 | 4160 Debit Card Purchase The Original Pancake H Oak Forest Il | 67686910048614160137 |
| 05/18 | 25.98 | 4160 Debit Card Purchase The Original Pancake H Oak Forest Il | 67687910048614160137 |
| 05/21 | 23.00 | 4160 Debit Card Purchase 0009P - Parkingcom 844-4727577 Il | 78443910048614160141 |
| 05/21 | 28.00 | 4160 Debit Card Purchase 0009P - Parkingcom 844-4727577 Il | 78444910048614160141 |
| 05/26 | 78.56 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 01881910048614160144 |
| 05/26 | 126.12 | 4160 Debit Card Purchase State Farm 800-956631 | 01880910048614160144 |
| 05/26 | 105.75 | 4160 Debit Card Purchase State Farm 800-956631 | 01879910048614160144 |
| 05/26 | 61.53 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 01882910048614160144 |
| 05/26 | 107.13 | 4160 Debit Card Purchase Qt 7204 Outside University Il | 01878910048614160144 |
| 05/26 | 3,705.92 | 4160 Debit Card Purchase Greener Gardens Sod Fa 815-4699421 Il | 27792910048614160145 |
| 05/27 | 23.00 | 4160 Debit Card Purchase 0009P - Parkingcom 844-4727577 Il | 96408910048614160147 |

## POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/04 | 686.40 | POS Purchase The Home Depot Matteson Il | POS05983254 6868138 |
| 05/05 | 40.94 | POS Purchase 7-Eleven 35048 Monee Il | POS34425201 1924594 |
| 05/12 | 50.00 | POS Purchase 7-Eleven 35048 Monee Il | POS34425201 1842130 |
| 05/14 | 23.60 | POS Purchase CVS/Pharmacy # Chicago Il | POS99999999 1904488 |
| 05/14 | 80.00 | POS Purchase BP#2734900Brak Monee Il | POS09620301 1904489 |
| 05/15 | 103.66 | POS Purchase Advance Auto P Monee Il | POS30436904 2230219 |
| 05/18 | 48.58 | POS Purchase Advance Auto P Monee Il | POS30436903 6747145 |
| 05/18 | 54.98 | POS Purchase The Home Depot Matteson Il | POS06167457 6747146 |
| 05/18 | 2.84 | POS Purchase The Home Depot Matteson Il | POS06167457 6747147 |
| 05/18 | 100.00 | POS Purchase 7-Eleven 35048 Monee Il | POS34425201 6747148 |
| 05/18 | 63.71 | POS Purchase The Home Depot Matteson Il | POS06167457 6747149 |
| 05/26 | 109.40 | POS Purchase 7-Eleven 35048 Monee Il | POS34425201 8424498 |

## ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/15 | 1,000.00 | ATM Withdrawal 7151 W 159TH St Tinley Park | PNCPK5509 2230221 |
| 05/26 | 139.00 | 4160 Recurring Debit Card Amazon Prime*Hw4S20Bw Amzn.com/bi Wa | 27793910048614160145 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 150.00 | ACH Tel Gen Recpt Vlg Of Matteson 1220424 | 00026120910685622 |

ACH Deductions continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: XX-XXXX-9497 - continued

**For the Period 05/01/2026 to 05/29/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


## ACH Deductions - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/06 | 600.00 | Corporate ACH Home Comfo<br>Home Comfort Con St-E7G0K4L7D4J4 | 00026125911704265 |
| 05/06 | 36.00 | Corporate ACH Tsheets Intuit * 3348257 | 00026125909057943 |
| 05/06 | 320.00 | Zel To Kiki Llc | PNCAA0Ztt69A |
| 05/14 | 500.00 | Zel To Jones Lawn Maintenance In | PNCAA0aEQ28Q |
| 05/15 | 500.00 | ACH Web Usataxpymt IRS 222653591047268 | 00026134903870056 |
| 05/15 | 266.74 | ACH Web-Recur Pcs Svc T-Mobile 6587921 | 00026134903651849 |
| 05/15 | 101.04 | ACH Web Usataxpymt IRS 240653534357284 | 00026134903870060 |
| 05/18 | 20.00 | Zel To Loren Anthony | PNCAA0aIT34u |
| 05/18 | 478.00 | Corporate ACH Payment Sba Eidl Loan 0000 | 00026135910767104 |
| 05/18 | 357.03 | ACH Web Billpay Comed Payment Comed Payment | 00026138901217220 |
| 05/18 | 316.27 | ACH Web Nicpayment Nicor Gas 1014918813 | 00026135909208196 |
| 05/18 | 1,000.00 | Zel To Loren Flowers | PNCAA0aKM79Y |
| 05/19 | 692.58 | Corporate ACH Payments<br>State Farm Billg Ms941159-1 | 00026138903326848 |
| 05/20 | 2,200.00 | ACH Web 8154789680 Mg2A West | 00026140901964275 |
| 05/20 | 84.22 | ACH Web Billpay Comed Payment Comed Payment | 00026140901936596 |
| 05/21 | 1,000.00 | Zel To Loren Flowers | PNCAA0aNf16c |
| 05/22 | 1,057.00 | Corporate ACH Payment Quarterly Fee 0000 | 00026141908449923 |
| 05/22 | 410.27 | ACH Web Purchase Service Sanitati 800-909-5646 | 00026141910436237 |
| 05/26 | 1,000.00 | Zel To Loren Flowers | PNCAA0aTD83z |
| 05/27 | 1,169.50 | Corporate ACH Payment<br>Liberty Mutual 138806909015958 | 00026146909471526 |
| 05/27 | 175.22 | ACH Web Cable Svcs Comcast-Xfinity 0535698 | 00026146909472930 |
| 05/27 | 79.00 | ACH Web Inst Xfer Paypal 1050556642761 | 00026146912793246 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 45.00 | Service Charge Period Ending 04/30/2026 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/05 | 1,000.00 | Online Transfer To XXXXX8465 | 00044639 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 06/01/2026 and will appear on your next statement as a single line item entitled Service Charge Period Ending 05/29/2026.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 35 | .00 | Included in Account |
| ACH Debits | 17 | .00 | |
| Checks Paid | 18 | .00 | |
| Funds Transfer Services | | 30.00 | |
| Incoming Wire Transfer | 2 | 30.00 | |
| Total For Services Used This Period | | 30.00 | |
| Total Service Charge | | 30.00 | |