# Business Checking

PNC Bank

PNC BANK
PO Box 609
Pittsburgh, PA 15230-9738

**For the Period 05/30/2026 to 06/30/2026**

Primary Account Number: XX-XXXX-9497
Page 1 of 5
Number of enclosures: 0

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION
26036 S COUNTYFAIR DR
MONEE IL 60449-8782

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-287-2654
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-287-2654

**Moving?** Please contact your local branch

PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness

## Business Checking Summary

Account number: XX-XXXX-9497

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 48,050.88 | 154,281.27 | 169,840.32 | 32,491.83 |

| Average ledger balance | Average collected balance |
|---|---|
| 44,131.30 | 44,131.30 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 4,200.00 |
| ATM Deposits and Additions | 2 | 81.27 |
| Other Additions | 6 | 150,000.00 |
| Total | 10 | 154,281.27 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 27 | 102,402.86 |
| Debit Card Purchases | 38 | 32,002.06 |
| POS Purchases | 15 | 2,721.11 |
| ATM/Misc. Debit Card Transactions | 1 | 139.09 |
| ACH Deductions | 21 | 32,545.20 |
| Service Charges and Fees | 1 | 30.00 |
| Total | 103 | 169,840.32 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/30 | 48,050.88 | 06/09 | 31,201.52 | 06/22 | 64,942.81 |
| 06/01 | 10,862.84 | 06/10 | 46,940.23 | 06/23 | 58,089.44 |
| 06/02 | 8,332.24 | 06/11 | 58,553.56 | 06/24 | 54,588.01 |
| 06/03 | 6,393.73 | 06/12 | 63,906.96 | 06/25 | 52,045.02 |
| 06/04 | 3,478.22 | 06/15 | 71,764.29 | 06/26 | 49,918.82 |
| 06/05 | 2,423.16 | 06/16 | 66,667.59 | 06/29 | 40,924.16 |
| 06/08 | 25,343.90 | 06/17 | 66,946.75 | 06/30 | 32,491.83 |

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

**For the Period 05/30/2026 to 06/30/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


Business Checking Account Number: XX-XXXX-9497 - continued

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/17 | 3,000.00 | Zel From Gregory J Hilton | JPM99cl8a1z5 |
| 06/29 | 1,200.00 | Zel From Tamott Wolverton | JPM99cn4xu71 |

#### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/15 | 23.75 | Debit Card Credit Advance Auto Parts #77 Monee Il | 99969910048614160165 |
| 06/17 | 57.52 | Debit Card Credit The Home Depot #1932 Matteson Il | 83903910048614160168 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/08 | 25,000.00 | Domestic Incoming Wire 2668J4158Noo0Ed2 | W2668J4158NOO0ED2 |
| 06/09 | 25,000.00 | Domestic Incoming Wire 2669D213107Q5G93 | W2669D213107Q5G93 |
| 06/10 | 25,000.00 | Domestic Incoming Wire 266Ag3032Jkp362P | W266AG3032JKP362P |
| 06/11 | 25,000.00 | Domestic Incoming Wire 266Be45469Gp562Y | W266BE45469GP562Y |
| 06/12 | 25,000.00 | Domestic Incoming Wire 266CC390883O59Tn | W266CC390883O59TN |
| 06/15 | 25,000.00 | Domestic Incoming Wire 266Fc06353So3T04 | W266FC06353SO3T04 |

## Checks and Other Deductions

### Checks and Substitute Checks

* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/01 | 1112 * | 20,000.00 | 009676823 | 06/10 | 1146 | 5,000.00 | 014509848 | 06/29 | 1155 | 5,000.00 | 012402610 |
| 06/01 | 1118 * | 11,870.65 | 019971978 | 06/16 | 1147 | 4,500.00 | 017490129 | 06/30 | 1156 | 820.00 | 013456401 |
| 06/11 | 1132 * | 2,400.00 | 014890992 | 06/15 | 1148 | 692.01 | 016283363 | 06/23 | 1157 | 1,171.50 | 009951075 |
| 06/02 | 1135 * | 312.20 | 009852399 | 06/15 | 1149 | 5,000.00 | 016189663 | 06/23 | 1158 | 639.20 | 009459141 |
| 06/09 | 1141 * | 10,000.00 | 014126881 | 06/17 | 1150 | 1,500.00 | 018137740 | 06/23 | 1159 | 4,000.00 | 009453739 |
| 06/05 | 1142 | 714.30 | 012252347 | 06/12 | 1151 | 3,500.00 | 015512185 | 06/26 | 1160 | 711.00 | 011775540 |
| 06/05 | 1143 | 150.60 | 012148972 | 06/12 | 1152 | 1,146.60 | 015898778 | 06/29 | 1161 | 453.60 | 012147594 |
| 06/12 | 1144 | 12,000.00 | 015649207 | 06/15 | 1153 | 755.20 | 016922714 | 06/29 | 1162 | 4,600.00 | 012724646 |
| 06/17 | 1145 | 1,000.00 | 018292102 | 06/24 | 1154 | 3,466.00 | 010490804 | 06/30 | 1163 | 1,000.00 | 013546015 |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/01 | 42.00 | 4160 Debit Card Purchase Il Secretary Of State 217-7853920 Il | 54356910048614160151 |
| 06/01 | 42.47 | 4160 Debit Card Purchase Tst* Giordano S - Prud Chicago Il | 54355910048614160151 |
| 06/01 | 91.32 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 54357910048614160151 |
| 06/02 | 1,941.88 | 4160 Debit Card Purchase Schillings(2) clover.com Il | 47295910048614160153 |
| 06/02 | 276.52 | 4160 Debit Card Purchase Gordon Electric Supply Mokena Il | 47296910048614160153 |
| 06/03 | 528.19 | 4160 Debit Card Purchase Schillings(2) clover.com Il | 88494910048614160154 |
| 06/04 | 2,915.51 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 42881910048614160155 |

Debit Card Purchases continued on next page

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

**For the Period 05/30/2026 to 06/30/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


Business Checking Account Number: XX-XXXX-9497 - continued

## Debit Card Purchases - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/08 | 10.79 | 4160 Debit Card Purchase Amazon Mark* Bo7Wy0C73 Amazon.Com/ Wa | 44316910048614160158 |
| 06/08 | 1,320.00 | 4160 Debit Card Purchase Wille Brothers Co 708-5354100 Il | 44317910048614160158 |
| 06/08 | 81.57 | 4160 Debit Card Purchase Exxon 7-Eleven 35048 Monee Il | 44318910048614160158 |
| 06/09 | 199.00 | 4160 Debit Card Purchase Realty Of America Www.Realtyo Il | 27706910048614160160 |
| 06/09 | 1,958.38 | 4160 Debit Card Purchase Ozinga Ready Mix Con 1 Mokena Il | 27707910048614160160 |
| 06/09 | 3,171.79 | 4160 Debit Card Purchase Ozinga Ready Mix Con 1 Mokena Il | 27708910048614160160 |
| 06/09 | 313.21 | 4160 Debit Card Purchase Carroll Dist #004 Frankfort Il | 27709910048614160160 |
| 06/10 | 144.20 | 4160 Debit Card Purchase Brackenbox Inc. 708-3314200 Il | 61881910048614160161 |
| 06/11 | 937.04 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 67573910048614160162 |
| 06/11 | 95.00 | 4160 Debit Card Purchase Exxon 7-Eleven 35048 Monee Il | 67571910048614160162 |
| 06/11 | 15.60 | 4160 Debit Card Purchase USPS PO 1652380449 Monee Il | 67570910048614160162 |
| 06/11 | 620.00 | 4160 Debit Card Purchase Schillings(2) clover.com Il | 67572910048614160162 |
| 06/15 | 2,317.82 | 4160 Debit Card Purchase Underground Pipe 815-7301180 Il | 99967910048614160165 |
| 06/15 | 7,608.41 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 99968910048614160165 |
| 06/15 | 21.08 | 4160 Debit Card Purchase Autozone #2535 Richton Par Il | 99966910048614160165 |
| 06/17 | 10.36 | 4160 Debit Card Purchase Amazon Mktpl*T13No0F33 Amzn.com/bi Wa | 83900910048614160168 |
| 06/17 | 27.75 | 4160 Debit Card Purchase Amazon Mktpl*9462O69M3 Amzn.com/bi Wa | 83901910048614160168 |
| 06/17 | 217.16 | 4160 Debit Card Purchase Schillings(2) clover.com Il | 83902910048614160168 |
| 06/22 | 156.05 | 4160 Debit Card Purchase Amazon Mktpl*Li2Uh3An3 Amzn.com/bi Wa | 83397910048614160170 |
| 06/22 | 29.58 | 4160 Debit Card Purchase Amazon Mktpl*Xf4Ar6Qb3 Amzn.com/bi Wa | 95276910048614160172 |
| 06/22 | 28.00 | 4160 Debit Card Purchase 0009P - Parkingcom 844-4727577 Il | 95275910048614160172 |
| 06/22 | 50.00 | 4160 Debit Card Purchase Il Tollway-Web 800-8247277 Il | 02422910048614160173 |
| 06/22 | 86.00 | 4160 Debit Card Purchase Exxon 7-Eleven 35048 Monee Il | 02423910048614160173 |
| 06/23 | 28.00 | 4160 Debit Card Purchase 0009P - Parkingcom 844-4727577 Il | 26834910048614160174 |

Debit Card Purchases continued on next page

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

Business Checking Account Number: XX-XXXX-9497 - continued

**For the Period 05/30/2026 to 06/30/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


## Debit Card Purchases - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/25 | 42.99 | 4160 Debit Card Purchase Crete Ace Hdwe Crete | 19364910048614160176 |
| 06/29 | 35.20 | 4160 Debit Card Purchase Leeps Supply Lynwood Chicago Hei Il | 81692910048614160179 |
| 06/29 | 26.86 | 4160 Debit Card Purchase Crete Ace Hdwe Crete | 81693910048614160179 |
| 06/30 | 1,215.74 | 4160 Debit Card Purchase Sherwin-Williams703443 170-8748968 Il | 42903910048614160181 |
| 06/30 | 5,113.60 | 4160 Debit Card Purchase Schaaf Window 708-3420900 Il | 42901910048614160181 |
| 06/30 | 140.95 | 4160 Debit Card Purchase Tlf*Chicago Flower 312-7559900 Il | 42902910048614160181 |
| 06/30 | 142.04 | 4160 Debit Card Purchase Brackenbox Inc. 708-3314200 Il | 42900910048614160181 |

## POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/01 | 101.74 | POS Purchase 7-Eleven 35048 Monee Il | POS34425201 6879074 |
| 06/01 | 1,683.86 | POS Purchase Mnrd-Matteson Matteson Il | POS99999999 6879075 |
| 06/03 | 111.88 | POS Purchase Shell Service Chicago Heig Il | POS82870001 2007870 |
| 06/05 | 190.16 | POS Purchase The Home Depot Matteson Il | POS06167457 2295781 |
| 06/08 | 130.90 | POS Purchase The Home Depot Matteson Il | POS06167457 6701633 |
| 06/11 | 81.03 | POS Purchase Undergroundshi Ypsilanti Mi | POS9K6AZYIM 1945669 |
| 06/15 | 17.16 | POS Purchase Thorntons #033 Monee Il | POS6PUMP006 6655440 |
| 06/15 | 52.23 | POS Purchase Advance Auto P Monee Il | POS30436904 6655441 |
| 06/15 | 50.00 | POS Purchase BP#9179938Prid Chicago Il | POS38948301 6655442 |
| 06/16 | 87.45 | POS Purchase 7-Eleven 35048 Monee Il | POS34425201 1907140 |
| 06/17 | 23.09 | POS Purchase Walgreens Stor Olympia Fiel Il | POS99999999 1899616 |
| 06/22 | 71.03 | POS Purchase Advance Auto P Monee Il | POS30436904 9430387 |
| 06/23 | 14.67 | POS Purchase 7-Eleven Monee Il | POS00MV1G01 2001311 |
| 06/24 | 35.43 | POS Purchase BP#2130300Quic Crete Il | POS82549901 1995878 |
| 06/26 | 70.48 | POS Purchase BP#2130300Quic Crete Il | POS82549901 2295989 |

## ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/10 | 139.09 | N0610 4160 Payment Microsoft*Stor Msbill.Info Wa | POS08911155 1897002 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/01 | 3,000.00 | Zel To Loren Flowers | PNCAA0aYW14p |
| 06/01 | 326.00 | ACH Web Online Pmt Home Depot 632024958373947 | 00026149908414417 |
| 06/03 | 1,000.00 | Zel To Loren Flowers | PNCAA0adn23Y |
| 06/03 | 298.44 | Corporate ACH Utility Monee Il 2961809 | 00026153908211780 |
| 06/08 | 500.00 | Zel To Loren Flowers | PNCAA0ail32y |
| 06/08 | 36.00 | Corporate ACH Tsheets Intuit * 4241599 | 00026156902939968 |
| 06/09 | 3,500.00 | Zel To Loren Flowers | PNCAA0amc45P |
| 06/10 | 478.00 | Corporate ACH Payment Sba Eidl Loan 0000 | 00026160907064394 |
| 06/10 | 3,500.00 | Zel To Loren Flowers | PNCAA0anJ68d |
| 06/11 | 9,238.00 | Corporate ACH Echeck Modestas Law Off 000000008041601 | 00026161911625059 |

ACH Deductions continued on next page

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

**For the Period 05/30/2026 to 06/30/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


Business Checking Account Number: XX-XXXX-9497 - continued

## ACH Deductions - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/12 | 3,000.00 | Zel To Loren Flowers | PNCAA0aqn75h |
| 06/15 | 390.76 | ACH Web Billpay Comed Payment Comed Payment | 00026166901069351 |
| 06/15 | 261.75 | ACH Web-Recur Pcs Svc T-Mobile 7368991 | 00026166901422552 |
| 06/16 | 509.25 | Corporate ACH Sale Blue Ridge Heati | 00026167910435755 |
| 06/22 | 1,035.00 | Corporate ACH Sale Superior Waterpr | 00026173903156529 |
| 06/22 | 548.28 | ACH Web Usataxpymt IRS 240657362797428 | 00026173902791456 |
| 06/23 | 1,000.00 | Zel To Loren Flowers | PNCAA0bEE91U |
| 06/25 | 2,500.00 | Zel To Delani Construction | PNCAA0bGS04B |
| 06/26 | 1,169.50 | Corporate ACH Payment Liberty Mutual 141402817060247 | 00026176901974451 |
| 06/26 | 175.22 | ACH Web Cable Svcs Comcast-Xfinity 1239890 | 00026176902084599 |
| 06/29 | 79.00 | ACH Web Inst Xfer Paypal 1051266377764 | 00026177908862158 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/01 | 30.00 | Service Charge Period Ending 05/29/2026 | |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 07/01/2026 and will appear on your next statement as a single line item entitled Service Charge Period Ending 06/30/2026.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 40 | .00 | Included in Account |
| ACH Debits | 13 | .00 | |
| Checks Paid | 27 | .00 | |
| Funds Transfer Services | | 15.00 | |
| Incoming Wire Transfer | 1 | 15.00 | |
| Total For Services Used This Period | | 15.00 | |
| Total Service Charge | | 15.00 | |