# Business Checking

PNC Bank

PNC BANK
PO Box 609
Pittsburgh, PA 15230-9738

**For the Period 07/01/2026 to 07/31/2026**

Primary Account Number: XX-XXXX-9497
Page 1 of 5
Number of enclosures: 0

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION
26036 S COUNTYFAIR DR
MONEE IL 60449-8782

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-287-2654
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-287-2654

**Moving?** Please contact your local branch

PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness

## Business Checking Summary

Account number: XX-XXXX-9497

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 32,491.83 | 37,810.36 | 64,271.66 | 6,030.53 |

| Average ledger balance | Average collected balance |
|---|---|
| 19,029.01 | 19,029.01 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ATM Deposits and Additions | 7 | 915.50 |
| ACH Additions | 1 | 3,394.86 |
| Other Additions | 1 | 33,500.00 |
| Total | 9 | 37,810.36 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 14 | 15,388.01 |
| Debit Card Purchases | 41 | 27,279.96 |
| POS Purchases | 21 | 4,362.89 |
| ACH Deductions | 21 | 17,185.80 |
| Service Charges and Fees | 1 | 15.00 |
| Other Deductions | 2 | 40.00 |
| Total | 100 | 64,271.66 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/01 | 29,954.38 | 07/13 | 8,585.02 | 07/23 | 21,785.84 |
| 07/02 | 25,453.26 | 07/14 | 7,593.20 | 07/24 | 18,579.65 |
| 07/03 | 18,927.66 | 07/15 | 7,108.77 | 07/27 | 10,944.83 |
| 07/06 | 16,596.71 | 07/16 | 7,093.42 | 07/28 | 13,142.98 |
| 07/07 | 16,164.58 | 07/17 | 39,293.12 | 07/29 | 12,809.55 |
| 07/08 | 15,973.26 | 07/20 | 35,832.65 | 07/30 | 12,541.16 |
| 07/09 | 15,174.19 | 07/21 | 35,032.65 | 07/31 | 6,030.53 |
| 07/10 | 12,901.29 | 07/22 | 22,977.25 | | |

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

**For the Period 07/01/2026 to 07/31/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


Business Checking Account Number: XX-XXXX-9497 - continued

## Activity Detail

### Deposits and Other Additions

#### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/07 | 27.36 | Debit Card Credit Menards Matteson Il Matteson Il | 00512910048614160188 |
| 07/07 | 50.60 | Debit Card Credit Menards Matteson Il Matteson Il | 00513910048614160188 |
| 07/13 | 452.62 | Debit Card Credit The Home Depot #1909 Calumet Cit Il | 04764910048614160193 |
| 07/22 | 101.12 | Debit Card Credit The Home Depot #1932 Matteson Il | 23935910048614160203 |
| 07/24 | 129.73 | POS Return Amazon.Com Seattle Wa | POS00000101 2338662 |
| 07/24 | 27.75 | Debit Card Credit Amazon Mktplace Pmts Amzn.com/bi Wa | 85772910048614160205 |
| 07/31 | 126.32 | POS Return Amazon.Com Seattle Wa | POS00000101 2371307 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/28 | 3,394.86 | ACH Credit Transfer Paypal XXXXXXXXX3096 | 00026208905671018 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/17 | 33,500.00 | Domestic Incoming Wire 267Hl153943L2V0W | W267HL153943L2V0W |

### Checks and Other Deductions

#### Checks and Substitute Checks

* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13 | 1164 * | 1,800.00 | 019421471 | 07/10 | 1171 | 1,272.90 | 018954642 | 07/24 | 1176 | 1,285.20 | 015297263 |
| 07/03 | 1167 * | 1,163.70 | 015523701 | 07/17 | 1172 | 103.60 | 011485212 | 07/28 | 1177 | 854.40 | 016549624 |
| 07/06 | 1168 | 801.00 | 015738522 | 07/17 | 1173 | 1,196.70 | 011589537 | 07/31 | 1178 | 3,000.00 | 018808809 |
| 07/23 | 1169 | 692.01 | 014498956 | 07/20 | 1174 | 825.00 | 011946381 | 07/31 | 1182 * | 1,305.90 | 018768030 |
| 07/13 | 1170 | 985.40 | 019324655 | 07/24 | 1175 | 102.20 | 015319533 | | | | |

#### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 673.20 | 4160 Debit Card Purchase Sherwin-Williams703443 Matteson Il | 16442910048614160182 |
| 07/01 | 50.37 | 4160 Debit Card Purchase Exxon Il0117 Matteson | 16441910048614160182 |
| 07/02 | 3,990.56 | 4160 Debit Card Purchase Floor and Decor 269 C2 999-9999999 Il | 95322910048614160183 |
| 07/03 | 4,205.06 | 4160 Debit Card Purchase The Home Depot #1932 800-4663337 Il | 62528910048614160184 |
| 07/06 | 75.55 | 4160 Debit Card Purchase Amazon Mktpl*Ft0Hu1653 Amzn.com/bi Wa | 44161910048614160186 |
| 07/06 | 112.81 | 4160 Debit Card Purchase Amazon Mktpl*Z014L8Cy3 Amzn.com/bi Wa | 11568910048614160187 |
| 07/06 | 77.96 | 4160 Debit Card Purchase Menards Matteson Il Matteson Il | 11567910048614160187 |
| 07/07 | 16.10 | 4160 Debit Card Purchase Crete Ace Hdwe Crete | 00511910048614160188 |

Debit Card Purchases continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 07/01/2026 to 07/31/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


Business Checking Account Number: XX-XXXX-9497 - continued

## Debit Card Purchases *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/08 | 86.17 | 4160 Debit Card Purchase Exxon 7-Eleven 35048 Monee Il | 50730910048614160189 |
| 07/08 | 105.15 | 4160 Debit Card Purchase Comcast / Xfinity 800-2662278 Il | 50729910048614160189 |
| 07/09 | 14.57 | 4160 Debit Card Purchase Crete Ace Hdwe Crete | 55156910048614160190 |
| 07/09 | 784.50 | 4160 Debit Card Purchase Realtor Association/Ml 312-3298245 Il | 55157910048614160190 |
| 07/13 | 570.27 | 4160 Debit Card Purchase The Home Depot #1909 800-4663337 Il | 04763910048614160193 |
| 07/13 | 34.69 | 4160 Debit Card Purchase Dunkin #363192 312-2268800 Il | 04762910048614160193 |
| 07/13 | 124.73 | 4160 Debit Card Purchase Texas Roadhouse #2405 Mount Pleas Wi | 04761910048614160193 |
| 07/14 | 191.82 | 4160 Debit Card Purchase Racine Arch Marriott Racine Wi | 95604910048614160195 |
| 07/14 | 750.00 | 4160 Debit Card Purchase Wille Brothers Co 708-2608800 Il | 95603910048614160195 |
| 07/15 | 95.02 | 4160 Debit Card Purchase Amazon Mktpl*D912Y1573 Amzn.com/bi Wa | 28268910048614160196 |
| 07/15 | 83.19 | 4160 Debit Card Purchase Exxon 7-Eleven 35048 Monee Il | 28267910048614160196 |
| 07/16 | 15.35 | 4160 Debit Card Purchase Crete Ace Hdwe Crete | 16732910048614160197 |
| 07/20 | 202.47 | 4160 Debit Card Purchase Schillings (1) Saint John In | 88906910048614160200 |
| 07/20 | 161.87 | 4160 Debit Card Purchase Quicken Inc 650-25019 | 88904910048614160200 |
| 07/20 | 15.00 | 4160 Debit Card Purchase BP#1316800University P University Il | 88905910048614160200 |
| 07/20 | 282.94 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 88907910048614160200 |
| 07/21 | 800.00 | 4160 Debit Card Purchase Sq *Smierciak Consulti gosq.com In | 81114910048614160202 |
| 07/22 | 8,280.15 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 23933910048614160203 |
| 07/22 | 414.48 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 23934910048614160203 |
| 07/22 | 3,055.30 | 4160 Debit Card Purchase Floor and Decor 269 C2 999-9999999 Il | 23932910048614160203 |
| 07/23 | 35.89 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 61574910048614160204 |
| 07/23 | 27.85 | 4160 Debit Card Purchase Chick-Fil-A #05594 708-3147760 Il | 61569910048614160204 |
| 07/23 | 251.25 | 4160 Debit Card Purchase Tmobile*Eip Pmt Web 800-9378997 Wa | 61571910048614160204 |
| 07/23 | 120.87 | 4160 Debit Card Purchase Winsupply Of Mokena Il Mokena Il | 61570910048614160204 |
| 07/23 | 28.00 | 4160 Debit Card Purchase Exxon Il0117 Matteson | 61572910048614160204 |
| 07/23 | 5.92 | 4160 Debit Card Purchase Sq *The Dog Stand-Illi Matteson Il | 61573910048614160204 |

Debit Card Purchases continued on next page

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/



## Debit Card Purchases *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/24 | 835.52 | 4160 Debit Card Purchase State Farm Mutual Auto 800-9566310 Il | 85771910048614160205 |
| 07/24 | 77.14 | 4160 Debit Card Purchase Leeps Supply Lynwood Chicago Hei Il | 85770910048614160205 |
| 07/27 | 96.62 | 4160 Debit Card Purchase Shell 57444091706 Matteson Il | 15229910048614160207 |
| 07/27 | 147.15 | 4160 Debit Card Purchase Underground Pipe Shorewood Il | 15230910048614160207 |
| 07/27 | 16.35 | 4160 Debit Card Purchase Underground Pipe Shorewood Il | 15231910048614160207 |
| 07/27 | 261.71 | 4160 Debit Card Purchase Ln*Illinois Kiosk Springfield Il | 70404910048614160208 |
| 07/30 | 106.41 | 4160 Debit Card Purchase Shell 57444987705 Orland Hill Il | 10078910048614160211 |

## POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 6.74 | POS Purchase Il0117 Matteson Il | POS62619401 2164904 |
| 07/01 | 2.24 | POS Purchase The Home Depot Matteson Il | POS06167457 2164905 |
| 07/02 | 85.68 | POS Purchase Thorntons #033 Monee Il | POS6PUMP002 2357343 |
| 07/02 | 24.88 | POS Purchase The Home Depot Matteson Il | POS06167457 2357344 |
| 07/03 | 31.84 | POS Purchase Amazon.Com*C27 Seattle Wa | POS00000101 2760074 |
| 07/03 | 125.00 | POS Purchase Il0117 Matteson Il | POS62619401 2760075 |
| 07/07 | 15.99 | POS Purchase Amazon.Com*0S4 Seattle Wa | POS00000101 1972630 |
| 07/15 | 24.58 | POS Purchase BP#2130300Quic Crete Il | POS82549901 2002119 |
| 07/15 | 19.89 | POS Purchase BP#2130300Quic Crete Il | POS82549901 2002120 |
| 07/20 | 129.73 | POS Purchase Amazon.Com*Sb8 Seattle Wa | POS00000101 6895083 |
| 07/20 | 93.46 | POS Purchase 7-Eleven 35048 Monee Il | POS34425201 6895084 |
| 07/22 | 406.59 | POS Purchase Berlands Inc Joliet Il | POS06386594 1967405 |
| 07/23 | 29.62 | POS Purchase Il0117 Matteson Il | POS62619401 2051346 |
| 07/24 | 63.61 | POS Purchase The Home Depot Matteson Il | POS06167457 2338663 |
| 07/27 | 134.27 | POS Purchase Mnrd-Matteson Matteson Il | POS99999999 6947866 |
| 07/28 | 126.32 | POS Purchase Amazon.Com*Fz6 Seattle Wa | POS00000101 1999583 |
| 07/28 | 215.99 | POS Purchase Eagle Sports R Oak Forest Il | POS62810002 1999584 |
| 07/29 | 333.43 | POS Purchase The Home Depot Matteson Il | POS06167482 1942635 |
| 07/30 | 161.98 | POS Purchase Best Buy Tinley Park | POS06579313 1986179 |
| 07/31 | 1,838.02 | POS Purchase Aline Internat Mokena Il | POS09561146 2371306 |
| 07/31 | 493.03 | POS Purchase Aline Internat Mokena Il | POS09561146 2371308 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 1,749.90 | ACH Web Purchase Paypal Bentocila3 | 00026181911172887 |
| 07/02 | 400.00 | ACH Web Billpay Comed Payment Comed Payment | 00026183908910089 |
| 07/03 | 1,000.00 | Zel To Loren Flowers | PNCAA0bTo89B |
| 07/06 | 213.63 | Zel To Bright | PNCAA0bUg16f |
| 07/06 | 50.00 | Corporate ACH Tsheets Intuit * 4951650 | 00026187908184092 |
| 07/06 | 1,000.00 | Zel To Loren Flowers | PNCAA0bWw43r |
| 07/07 | 478.00 | Corporate ACH Payment Sba Eidl Loan 0000 | 00026187910786044 |

ACH Deductions continued on next page

# Business Checking

For 24-hour account information, sign-on to pnc.com/mybusiness/

**For the Period 07/01/2026 to 07/31/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


Business Checking Account Number: XX-XXXX-9497 - continued

## ACH Deductions *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/10 | 1,000.00 | Zel To Loren Flowers | PNCAA0bcH95M |
| 07/13 | 1,000.00 | Zel To Loren Flowers | PNCAA0bda01y |
| 07/13 | 253.80 | Zel To Bright Knighton | PNCAA0bfu18y |
| 07/14 | 50.00 | ACH Debit Debitpmt West Bend #XXXXX4324 | 00026194904770612 |
| 07/15 | 261.75 | ACH Web-Recur Pcs Svc T-Mobile 7997219 | 00026195909747113 |
| 07/20 | 1,000.00 | Zel To Loren Flowers | PNCAA0bnO40V |
| 07/20 | 450.00 | Zel To Building A Nation Company | PNCAA0bpk91N |
| 07/20 | 300.00 | Zelle To Amber Juta Inc. | PNCAA0bps78S |
| 07/24 | 1,000.00 | Zel To Loren Flowers | PNCAA0bvG57v |
| 07/27 | 3,500.00 | Zel To Loren Flowers | PNCAA0bwy58C |
| 07/27 | 1,224.50 | Corporate ACH Payment Liberty Mutual 144077699556377 | 00026208901497183 |
| 07/27 | 175.22 | ACH Web Cable Svcs Comcast-Xfinity 2371068 | 00026208900537755 |
| 07/27 | 79.00 | ACH Web Inst Xfer Paypal 1051939267218 | 00026208901324883 |
| 07/27 | 2,000.00 | Zel To Loren Flowers | PNCAA0byE14X |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 15.00 | Service Charge Period Ending 06/30/2026 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 20.00 | Online Transfer To XXXXX3892 | 00065871 |
| 07/01 | 20.00 | Online Transfer To XXXXX3913 | 00065872 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 08/03/2026 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/31/2026.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 24 | .00 | Included in Account |
| ACH Credits | 1 | .00 | |
| ACH Debits | 9 | .00 | |
| Checks Paid | 14 | .00 | |
| Funds Transfer Services | | 90.00 | |
| Incoming Wire Transfer | 6 | 90.00 | |
| Total For Services Used This Period | | 90.00 | |
| Total Service Charge | | 90.00 | |