UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>DELANI CONSTRUCTION LLC<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 26-01384<br><br>Chapter: 11<br><br>Honorable David D. Cleary |

**ORDER EXTENDING AUTHORITY TO USE OF CASH COLLATERAL UNDER THE ORDER ENTERED MARCH 18, 2026 AS ECF NO. 30**

This case coming to be heard for a continued hearing on Debtor's Motion for Authority to Use Cash Collateral,

IT IS HEREBY ORDERED as follows:

1. The Debtor, Delani Construction LLC is authorized to use its cash collateral through October 16, 2026, in accordance with the terms of the Order entered March 18, 2026 (ECF No. 30) and the budget attached as Exhibit A;

2. The March 18, 2026 Order remains in effect;

3. A proposed order for the continued use of cash collateral must be filed by October 2, 2026. Any objections to the continued use of cash collateral must be filed and served by October 7, 2026. Any reply must be filed and served by October 12, 2026. A further hearing on the use of cash collateral shall take place on October 14, 2026 at 9:30 a.m.

Enter: David D Cleary
MLU

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: September 16, 2026

**Prepared by:**

Modestas Law Offices, P.C.
401 S. Frontage Road, Ste. C
Burr Ridge, IL 60527
312-251-4460
ARDC No. 6278054

# EXHIBIT A

## Delani Construction LLC

## 60 DAY BUDGET

| | |
|---|---|
| **PROJECTED REVENUE:** | **$125,000.00** |
| **EXPENSES:** | |
| Subcontractors | ($72,000.00) |
| Itria Ventures Adequate Protection | ($ 1,250.00) |
| BMO Harris Adequate Protection | ($ 200.00) |
| Ford Credit Adequate Protection | ($1,384.02) |
| SBA | ($ 956.00) |
| Fuel | ($ 2,750.00) |
| Insurance | ($ 2,500.00) |
| Material/Suppliers | ($ 35,000.00) |
| Repairs and Maintenance | ($ 750.00) |
| Taxes/Licenses/Plates | ($ 375.00) |
| Wells Fargo Equipment Payments | ($ 1,000.00) |
| Utilities on Properties | ($ 2,000.00) |
| Unexpected Expenses | ($ 250.00) |
| Loren Flowers – Manager | ($4,000.00) |
| **TOTAL EXPENSES:** | **($124,415.02)** |
| **PROJECTED BIMONTHLY NET INCOME:** | **$ 584.98** |