# Business Checking

PNC Bank

PNC BANK
PO Box 609
Pittsburgh, PA 15230-9738

**For the Period 08/01/2026 to 08/31/2026**

Primary Account Number: XX-XXXX-9497

Number of enclosures: 0

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION
26036 S COUNTYFAIR DR
MONEE IL 60449-8782

PNC Online Banking is an easy and convenient way to manage your cash flow 24 hours a day, 7 days a week. Enroll in Online Banking by visiting PNC.com/Enroll.

For customer service call 1-877-287-2654
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-287-2654

**Moving?** Please contact your local branch

PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/smallbusiness

## Business Checking Summary

Account number: XX-XXXX-9497

DELANI CONSTRUCTION LLC CASE #26-013
DEBTOR IN POSSESSION

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 6,030.53 | 55,248.81 | 60,700.54 | 578.80 |

| Average ledger balance | Average collected balance |
|---|---|
| 15,372.41 | 15,372.41 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 1 | 600.00 |
| ATM Deposits and Additions | 2 | 247.73 |
| ACH Additions | 1 | 3,401.08 |
| Other Additions | 1 | 51,000.00 |
| Total | 5 | 55,248.81 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 20 | 35,130.61 |
| Debit Card Purchases | 22 | 4,086.90 |
| POS Purchases | 23 | 3,817.89 |
| ATM/Misc. Debit Card Transactions | 1 | 100.00 |
| ACH Deductions | 18 | 17,311.79 |
| Service Charges and Fees | 1 | 90.00 |
| Other Deductions | 1 | 163.35 |
| Total | 86 | 60,700.54 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/01 | 6,030.53 | 08/12 | 47,082.30 | 08/21 | 18,016.92 |
| 08/03 | 7,420.77 | 08/13 | 40,002.18 | 08/24 | 6,969.22 |
| 08/04 | 6,061.25 | 08/14 | 38,019.36 | 08/25 | 5,669.98 |
| 08/05 | 1,547.01 | 08/17 | 33,512.21 | 08/26 | 4,429.80 |
| 08/06 | 1,507.01 | 08/18 | 28,190.55 | 08/27 | 4,559.73 |
| 08/07 | 1,112.82 | 08/19 | 22,347.05 | 08/28 | 3,559.73 |
| 08/10 | 536.87 | 08/20 | 20,827.33 | 08/31 | 578.80 |
| 08/11 | 51,115.27 | | | | |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 08/01/2026 to 08/31/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


Business Checking Account Number: XX-XXXX-9497 - continued

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/07 | 600.00 | Zel From Lasheen Holdings Llc | JPM99cs6jgzr |

#### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/03 | 79.28 | Debit Card Credit Menards Matteson Il Matteson Il | 58102910048614160215 |
| 08/27 | 168.45 | Debit Card Credit Floor and Decor 269 Tinley Park Il | 30917910048614160239 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/03 | 3,401.08 | ACH Credit Transfer Paypal XXXXXXXXX4867 | 00026212904888207 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/11 | 51,000.00 | Domestic Incoming Wire 268Bg0258E410Xuq | W268BG0258E410XUQ |

## Checks and Other Deductions

#### Checks and Substitute Checks

* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/05 | 1165 * | 4,000.00 | 010274955 | 08/18 | 1188 | 5,000.00 | 016876382 | 08/24 | 1199 * | 930.00 | 018970119 |
| 08/13 | 1180 * | 500.00 | 014341505 | 08/19 | 1189 | 5,000.00 | 017260383 | 08/24 | 1200 | 677.20 | 019539065 |
| 08/03 | 1183 * | 872.80 | 019169745 | 08/24 | 1190 | 3,500.00 | 019546995 | 08/24 | 1201 | 4,500.00 | 019456018 |
| 08/07 | 1184 | 691.90 | 011538334 | 08/28 | 1191 | 1,000.00 | 010540873 | 08/31 | 1202 | 1,221.00 | 011394427 |
| 08/10 | 1185 | 433.20 | 011890750 | 08/21 | 1193 * | 2,000.00 | 018603744 | 08/31 | 1203 | 941.00 | 011757242 |
| 08/12 | 1186 | 400.00 | 013519843 | 08/19 | 1194 | 692.01 | 017274923 | 08/31 | 1204 | 500.00 | 011407014 |
| 08/17 | 1187 | 989.00 | 015462612 | 08/14 | 1195 | 1,282.50 | 015098936 | | | | |

#### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/03 | 53.17 | 4160 Debit Card Purchase Menards Matteson Il Matteson Il | 60877910048614160214 |
| 08/04 | 80.92 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 40693910048614160216 |
| 08/07 | 23.00 | 4160 Debit Card Purchase 0009P - Parkingcom 844-4727577 Il | 72015910048614160219 |
| 08/07 | 100.00 | 4160 Debit Card Purchase Shell 57444091706 Matteson Il | 72016910048614160219 |
| 08/10 | 9.92 | 4160 Debit Card Purchase The Home Depot #1932 Matteson Il | 85678910048614160221 |
| 08/11 | 213.42 | 4160 Debit Card Purchase Brackenbox Inc. 708-3314200 Il | 05752910048614160223 |
| 08/13 | 242.10 | 4160 Debit Card Purchase Comcast / Xfinity 800-2662278 Il | 67711910048614160225 |
| 08/14 | 43.20 | 4160 Debit Card Purchase Sherwin-Williams703443 170-8748968 Il | 80428910048614160226 |
| 08/18 | 100.49 | 4160 Debit Card Purchase Shell 57444091706 Matteson Il | 72785910048614160230 |

Debit Card Purchases continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 08/01/2026 to 08/31/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


Business Checking Account Number: XX-XXXX-9497 - continued

## Debit Card Purchases - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/19 | 151.49 | 4160 Debit Card Purchase Sherwin-Williams703443 170-8748968 Il | 47968910048614160231 |
| 08/20 | 1,349.46 | 4160 Debit Card Purchase Sherwin-Williams703443 170-8748968 Il | 04604910048614160232 |
| 08/24 | 256.99 | 4160 Debit Card Purchase Tst* Avli On The Park Chicago Il | 92850910048614160235 |
| 08/24 | 102.81 | 4160 Debit Card Purchase Shell 57444091706 Matteson Il | 92851910048614160235 |
| 08/24 | 20.00 | 4160 Debit Card Purchase Park Chicago Mobile 877-2427901 Il | 92853910048614160235 |
| 08/24 | 60.70 | 4160 Debit Card Purchase Amazon Mktpl*5O55V2Jo1 Amzn.com/bi Wa | 92852910048614160235 |
| 08/25 | 39.95 | 4160 Debit Card Purchase U-Haul Park Forest Park Forest Il | 52571910048614160237 |
| 08/25 | 674.73 | 4160 Debit Card Purchase Sherwin-Williams703443 Matteson Il | 52572910048614160237 |
| 08/26 | 20.00 | 4160 Debit Card Purchase Il Tollway-Web 800-8247277 Il | 74526910048614160238 |
| 08/26 | 4.10 | 4160 Debit Card Purchase Il Tollway-Web 800-8247277 Il | 74527910048614160238 |
| 08/26 | 337.37 | 4160 Debit Card Purchase Sherwin-Williams703443 170-8748968 Il | 74529910048614160238 |
| 08/26 | 7.14 | 4160 Debit Card Purchase BP#2130300Quickrun Cre Crete Il | 74528910048614160238 |
| 08/31 | 195.94 | 4160 Debit Card Purchase Carroll Dist #004 Frankfort Il | 65985910048614160242 |

## POS Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/03 | 74.15 | POS Purchase 7-Eleven 35048 Monee Il | POS34425201 7304765 |
| 08/04 | 221.60 | POS Purchase The Home Depot Matteson Il | POS05983254 2111137 |
| 08/05 | 14.24 | POS Purchase The Home Depot Matteson Il | POS06167457 2024862 |
| 08/07 | 179.29 | POS Purchase Floor and Deco Tinley Park | POS00363642 2360146 |
| 08/10 | 34.07 | POS Purchase The Home Depot Matteson Il | POS06167457 7063040 |
| 08/10 | 70.49 | POS Purchase The Home Depot Matteson Il | POS06167445 7063041 |
| 08/10 | 28.27 | POS Purchase Mnrd-Matteson Matteson Il | POS99999999 7063042 |
| 08/11 | 44.83 | POS Purchase The Home Depot Matteson Il | POS06167444 1968115 |
| 08/12 | 92.41 | POS Purchase Qt 7204 Outsid Monee Il | POS001 1970218 |
| 08/12 | 31.91 | POS Purchase BP#1316800Univ University P Il | POS67534201 1970219 |
| 08/12 | 8.65 | POS Purchase Tractor Supply Monee Il | POS47000100 1970220 |
| 08/13 | 2,000.00 | POS Purchase Aline Internat Mokena Il | POS09561146 2051178 |
| 08/17 | 284.15 | POS Purchase The Home Depot Matteson Il | POS05983254 7020707 |
| 08/18 | 159.50 | POS Purchase South Oak Jeep Matteson Il | POS85701646 1979031 |
| 08/18 | 61.67 | POS Purchase The Home Depot Matteson Il | POS06167455 1979032 |
| 08/20 | 170.26 | POS Purchase The Home Depot Matteson Il | POS06167445 2018107 |
| 08/25 | 8.80 | POS Purchase The Home Depot Matteson Il | POS06167445 1937879 |
| 08/25 | 75.76 | POS Purchase The Home Depot Frankfort Il | POS06285485 1937880 |

POS Purchases continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: XX-XXXX-9497 - continued

**For the Period 08/01/2026 to 08/31/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


## POS Purchases - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/26 | 96.33 | POS Purchase BP#2130300Quic Crete Il | POS82549901 1951358 |
| 08/27 | 38.52 | POS Purchase The Home Depot Matteson Il | POS06167444 1971022 |
| 08/31 | 19.07 | POS Purchase The Home Depot Matteson Il | POS06167455 7002757 |
| 08/31 | 17.30 | POS Purchase Homegoods #050 Tinley Park | POS07560002 7002758 |
| 08/31 | 86.62 | POS Purchase Target T-2035 Tinley Park | POS22035176 7002759 |

## ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/26 | 100.00 | ATM Withdrawal 7151 W 159TH St Tinley Park | PNCPK5509 2506507 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/03 | 1,000.00 | Zel To Loren Flowers | PNCAA0cHC38x |
| 08/04 | 1,057.00 | Corporate ACH Payment Quarterly Fee 0000 | 00026215912042650 |
| 08/05 | 500.00 | Zel To Loren Flowers | PNCAA0cMF58o |
| 08/06 | 40.00 | Corporate ACH Tsheets Intuit * 6029506 | 00026217911244509 |
| 08/12 | 3,500.00 | Zel To Loren Flowers | PNCAA0cVO68w |
| 08/13 | 478.00 | Corporate ACH Payment Sba Eidl Loan 0000 | 00026224909341564 |
| 08/13 | 360.02 | ACH Web Payment Bmo 34490968 | 00026224908662976 |
| 08/13 | 3,500.00 | Zel To Aline International Llc | PNCAA0cWr59U |
| 08/14 | 657.12 | Zel To Aline International Llc | PNCAA0cXz92Y |
| 08/17 | 1,000.00 | Zel To Loren Flowers | PNCAA0cbA62J |
| 08/17 | 20.00 | Zel To Bobby Simmons Next Chapte | PNCAA0ccC63R |
| 08/17 | 1,972.00 | Corporate ACH Payment Liberty Mutual 145716594508265 | 00026226905151664 |
| 08/17 | 242.00 | ACH Web-Recur Pcs Svc T-Mobile 9110317 | 00026226904372345 |
| 08/21 | 810.41 | Corporate ACH Sigonfile Ozinga Ready Mix Z8Ptws | 00026232908412169 |
| 08/24 | 1,000.00 | Zel To Loren Flowers | PNCAA0cjb12w |
| 08/25 | 500.00 | Zelle To Perfect Stucco Inc | PNCAA0cnp17r |
| 08/26 | 175.24 | ACH Web Cable Svcs Comcast-Xfinity 7361340 | 00026237910794923 |
| 08/26 | 500.00 | Zel To Loren Flowers | PNCAA0cog86j |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/03 | 90.00 | Service Charge Period Ending 07/31/2026 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/11 | 163.35 | Provisional Credit Reversal | |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 08/01/2026 to 08/31/2026**
DELANI CONSTRUCTION LLC CASE #26-013
Primary Account Number: XX-XXXX-9497


Business Checking Account Number: XX-XXXX-9497 - continued

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 09/01/2026 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/31/2026.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Monthly Account Maintenance Fee | | .00 | Requirements Met |
| Monthly Combined Transactions | 29 | .00 | Included in Account |
| ACH Credits | 1 | .00 | |
| ACH Debits | 8 | .00 | |
| Checks Paid | 20 | .00 | |
| Funds Transfer Services | | 15.00 | |
| Incoming Wire Transfer | 1 | 15.00 | |
| Total For Services Used This Period | | 15.00 | |
| Total Service Charge | | 15.00 | |